# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/16/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00559HG-BMK, CV 04-00570HG-BMK, CV 05-00037HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin<br>Claypool v. Capt. Andy's<br>In Re Blue Dolphin Charters |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 12/16/2005 | TIME: | |

COURT ACTION:  EO: Further Settlement Conference set for 1-18-06 @ 9:30 a.m. before Magistrate Judge Barry M. Kurren.

John Hillsman to notify parties.

Submitted by Richlyn Young, Courtroom Manager

G:\docs\richlyn\cv 04-559hg-bmk isham 12-16-05.wpd