# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 16, 2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV. 04-00559HG-BMK<br>CV. 04-00570HG-BMK<br>CV. 05-00037HG-BMK |
| CASE NAME: | MATTHEW ISHAM, et al. Vs. BLUE DOLPHIN CHARTERS, LTD., et al.<br>DENNIS CLAYPOOL, et al. Vs. CAPTAIN ANDY'S SAILING, INC., et al.<br>In the Matter of the Complaint of BLUE DOLPHIN CHRTERS, LTD., et al. |
| ATTYS FOR PLA: | Richard A. Lesser via telephone<br>Attorney for the Ishams<br><br>John R. Hillsman<br>Harold G. Hoppe<br>Attorneys for the Claypools |
| ATTYS FOR DEFT: | Randy L.M. Baldemor<br>Jill S.M. Baldemor<br>Attorneys for Blue Dolphin Charters, Ltd. And Terry Donnelly<br><br>Robert F. Miller<br>Attorney for Blue Dolphin Charters, Ltd. and Terry Donnelly in Cv. 04-00559HG-BMK |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Lisa Groulx |
| DATE: | December 16, 2005 | TIME: | 10:00 - 11:35 |

COURT ACTION:  CLAYPOOL CLAIMANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT -

LIMITATION PLAINTIFF/DEFENDANT BLUE DOLPHIN
CHARTERS, LTD. AND LIMITATION PLAINTIFF TERRY
DONNELLY'S MOTION FOR PARTIAL SUMMARY JUDGMENT -

Arguments held.

The motions are taken under submission.

Submitted by: David H. Hisashima, Courtroom Manager