

| | Richlyn Young/HID/09/USCOURTS<br>12/19/2005 03:44 PM | To | John Hillsman, Harold Hoppe, Randolf Baldemor, Mihoko Ito, Jonathan Steiner, Robert Miller, |
|---|---|---|---|
| | | cc | Hawaii Docketing/HID/09/USCOURTS, Barry Kurren/HID/09/USCOURTS, Tammy Kimura/HID/09/USCOURTS, |
| | | bcc | |
| | | Subject | CV 04-00559HG-BMK, CV 04-00570HG-BMK, CV 05-00037HG-BMK |

Re:
Isham v. Blue Dolphin Carters
Claypool v. Captain Andy's Sailing, Inc.
In the Matter of the Complaint of Blue Dolphin Charters, Ltd.


A Further Settlement Conference is set for 12-20-05 @ 2:30 p.m. Hawaii time in Courtroom 6.


cc: John Hillsman, Harold Hoppe, Randolf Baldemor, Mihoko Ito, Jonathan Steiner, Robert Miller



Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH: (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 9 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK