# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/19/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00559HG-BMK, CV 04-00570HG-BMK, CV 05-00037HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin Carters<br>Claypool v. Captain Andy's Sailing, Inc.<br>In the Matter of the Complaint of Blue Dolphin Charters, Ltd. |
| ATTYS FOR PLA: | Harold Hoppe, John Hillsman |
| ATTYS FOR DEFT: | Randolf Baldemor, Mihoko Ito, Jonathan Steiner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 12/19/2005 | TIME: | 9:41 - 9:55<br>9:55 - 12 |

COURT ACTION:  EP: Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd. and Limitation Plaintiff Terry Donnelly's Motion to Compel Authorization for Release of Sheryl Claypool, Scott Claypool and Kristen Claypool's Mental Health Records - DENIED w/o prejudice.  Randolf Baldemor to prepare order.

Further Settlement Conference held.

Submitted by Richlyn Young, Courtroom Manager