ORIGINAL

Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 2 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK<br>) [3 Consolidated Cases]<br>)<br>) MATTHEW ISHAM, individually and as<br>) Guardian ad Litem for, HAYDEN ISHAM,<br>) a minor and ROXANNE BEST ISHAM'S<br>) NOTICE OF MOTION FOR  PARTIAL<br>) SUMMARY  JUDGMENT;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) Date:      January 23, 2006<br>) Time:      10:30 a.m.<br>) Courtroom: Aha Nonoi, 4th Floor<br>) The Hon.   Helen Gillmor<br>) Trial Date: April 11, 2006 |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, ) ) ) ) ) ) ) | CIVIL NO.: CV 04 00559 HG-BMK |
| Plaintiffs, ) ) ) | |
| vs. ) ) | |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, ) ) ) ) ) ) ) ) ) | CIVIL NO.: CV 04 00570 HG-BMK |
| Plaintiffs, ) ) ) | |
| vs. ) ) | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., ) ) ) ) ) ) | |
| Defendants. ) ) | |

2

TO THE PARTIES HERETO AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to the provisions of Local Rule 56.1 and Federal Rule of Civil Procedure 56(b) and (d), on January 23, 2006 at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard by this Court, located at 300 Ala Moana Blvd., Honolulu, Hawaii, in Courtroom Aha Nonoi of the Honorable Helen Gillmor, MATTHEW ISHAM, individually and as Guardian ad Litem for, HAYDEN ISHAM, a minor and ROXANNE BEST ISHAM (hereinafter referred to as "the Isham Claimants") will move the Court for partial summary judgment in Action No. CV 04-00559.

The motion will be made upon the ground that Matthew Isham cannot be held liable for contributory negligence as a matter of law.

The movants are therefore entitled to partial summary judgment as a matter of law.

This motion is based on this Notice, the Memorandum of Points and Authorities, Declaration of Richard A. Lesser, Concise Statement of Undisputed Material Facts filed with the court and upon such oral and documentary evidence as may be presented at the hearing of this matter.

Dated: Redondo Beach, California, December 21, 2005.

RICHARD LESSER
LESSER & ASSOCIATES, PLC
Attorneys for Claimants/Respondents
and Plaintiffs MATTHEW ISHAM, individually
and as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\Isham Notice of Partial MSJ set 012306.wpd