ORIGINAL

Richard A. Lesser - #5832
Michele Nelson Bass #5754
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 2 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Claimants/Respondents
MATTHEW ISHAM, individually and as
Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK<br>) [3 Consolidated Cases]<br>)<br>) CERTIFICATE OF SERVICE RE:<br>) MATTHEW ISHAM, individually and as<br>) Guardian ad Litem for, HAYDEN ISHAM,<br>) a minor and ROXANNE BEST ISHAM'S<br>) NOTICE OF MOTION FOR PARTIAL<br>) SUMMARY JUDGMENT<br>)<br>) Date:       January 23, 2006<br>) Time:       10:30 a.m.<br>) Courtroom: Aha Nonoi, 4th Floor<br>) The Hon.   Helen Gillmor<br>) Trial Date: April 11, 2006<br>)<br>)<br>) |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, <br><br>            Plaintiffs, <br><br>       vs. <br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, <br><br>            Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, <br><br>            Plaintiffs, <br><br>       vs. <br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., <br><br>            Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **21** day of December 2005, a true and correct copy of MATTHEW ISHAM, individually and as Guardian ad Litem for, HAYDEN ISHAM, a minor and ROXANNE BEST ISHAM'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT in the above entitled action was served as indicated below:

**Via U.S. Mail:**
Robert Miller
Dillingham Transportation Building
735 Bishop Street, PH 500
Honolulu, HI 96813

Attorney for Blue Dolphin Charters,
Ltd. and Terry Donnelly


**Via U.S. Mail:**
Evelyn Black
Goodsill, Anderson, Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea St.
Honolulu, HI 96813

Attorneys for Limitation Plaintiffs
Blue Dolphin Charters, Ltd. and
Terry Donnelly

**Via U.S. Mail:**
John Hillsman
McGuinn, Hillsman & Palefsky
535 Pacific Ave.
San Francisco, California 94133

Attorneys for Claimants/Respondents
Dennis Claypool, Sheryl Claypool,
Kristin Claypool and Scott Claypool

and

**Via U.S. Mail:**
Harold G. Hoppe
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI 96813

Attorneys for Claimants/Respondents
Dennis Claypool, Sheryl Claypool,
Kristin Claypool and Scott Claypool


Dated: Redondo Beach, California, December **21**, 2005.

                LESSER & ASSOCIATES, PLC.

                _____
                Richard A. Lesser

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\COS re Isham Notice of Partial MSJ set 012306.wpd

4