Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>EX PARTE APPLICATION FOR PRO HAC VICE ADMISSION FOR STEVEN M. MCGUIRE TO APPEAR IN A SPECIFIC MATTER PURSUANT TO LOCAL RULE 83.1(e); DECLARATIONS OF STEVEN M. MCGUIRE AND RICHARD A. LESSER; ORDER THEREON |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>　　　　　Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>　　　　　Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## EX PARTE APPLICATION FOR PRO HAC VICE ADMISSION FOR STEVEN M. MCGUIRE TO APPEAR IN A SPECIFIC MATTER PURSUANT TO LOCAL RULE 83.1(e)

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the State of Hawaii, Steven M. McGuire of Lesser & Associates, PLC, respectfully applies for admission pro hac vice and requests that he be permitted to appear and participate in this action as counsel for Claimants/Respondents and Plaintiffs MATTHEW ISHAM, individually and as Guardian ad Litem for, HAYDEN ISHAM, a minor and ROXANNE BEST ISHAM ("Claimants/Respondents and Plaintiffs").

Richard A. Lesser of the law firm of Lesser & Associates, PLC, will be lead counsel for Claimants/Respondents and Plaintiffs in this action, and will participate meaningful in the preparation and trial of this case, with all concomitant authority and responsibility as attorney of record for Claimants/Respondents and Plaintiffs.

This application is made in accordance with LR 83.1(e) and is based on the Declarations of Richard A. Lesser and Steven M. McGuire, attached hereto.

Dated: Redondo Beach, California, December 21, 2005.

_____
RICHARD LESSER
LESSER & ASSOCIATES, PLC
Attorneys for Claimants/Respondents
and Plaintiffs MATTHEW ISHAM, individually
and as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\Pro Hac Application.wpd

3

Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK [3 Consolidated Cases] DECLARATION OF STEVEN M. MCGUIRE |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, <br><br> Defendants. | CIVIL NO.: CV 04 00559 HG-BMK |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, <br><br> Plaintiffs, <br><br> vs. <br><br> CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., <br><br> Defendants. | CIVIL NO.: CV 04 00570 HG-BMK |

## DECLARATION OF STEVEN M. McGUIRE

I, Steven M. McGuire, declare:

1. I am an attorney duly licensed to practice law in California. My California State Bar Number is 230484. I make this declaration based upon my own personal knowledge and if called as a witness, I could and would competently testify to the following:

2. I do not currently reside in the State of Hawaii.

3. I am not regularly employed in the State of Hawaii.

4. I do not regularly engage in business, professional or law-related activities in the State of Hawaii.

5. My residence address is 2005 Farrell Avenue #9, Redondo Beach, California, 90277; my business address is Lesser & Associates, 1 Pearl Street, Redondo Beach, California, 90277, telephone (310)374-4808.

6. I am admitted to practice before all the courts of the State of California and the United States District Court for the Central District of California. I was admitted to practice before all these courts in 2004. I am an attorney in good standing in all courts in which I am admitted to practice and with the State Bar of California. I am not currently suspended or disbarred from practice in any court. I have appeared in one case in the State of Hawaii, White v. Sabatino, et al., Case No. 04-0050.

7. Richard A. Lesser of Lesser & Associates, Hawaii State Bar No. 5832, has agreed to sponsor my appearance *pro hac vice* before

this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of December, 2005, at Redondo Beach, California.

_____
Steven M. McGuire

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\SMM Declaration re Pro Hac Application.wpd

Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>DECLARATION OF RICHARD A. LESSER |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, | ) CIVIL NO.: CV 04 00559 HG-BMK ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, | ) CIVIL NO.: CV 04 00570 HG-BMK ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., | ) ) ) ) ) |
| Defendants. | ) ) |

2

## DECLARATION OF RICHARD A. LESSER

I, Richard A. Lesser, declare:

1. I am an attorney duly licensed to practice law in the Courts of the State of Hawaii and before this Honorable Court. My Hawaii State Bar number is 5832. I make this declaration based upon my own personal knowledge and if called as a witness, I could and would competently testify to the following:

2. I have agreed to sponsor applicant Steven M. McGuire to appear *pro hac vice* in the present action Case No. CV05-00037 HG-BMK and the consolidated Case No.'s CV 04 00559 HG-BMK and CV 04 00570 HG-BMK and recognize my obligations regarding my sponsorship of Steven M. McGuire pursuant to Local Rules 83.1(e).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this **21** day of December, 2005 at Redondo Beach, California.

_____
Richard A. Lesser

Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>ORDER GRANTING APPLICATION FOR THE ADMISSION OF STEVEN M. McGUIRE TO APPEAR IN A SPECIFIC MATTER *PRO HAC VICE* PURSUANT TO LOCAL RULES 83.1(e) |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>          Plaintiffs,<br><br>          vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>          Defendants. | CIVIL NO.: CV 04 00559 HG-BMK |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>          Plaintiffs,<br><br>          vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>          Defendants. | CIVIL NO.: CV 04 00570 HG-BMK |

2

# ORDER GRANTING APPLICATION FOR THE ADMISSION OF STEVEN M. McGUIRE TO APPEAR IN A SPECIFIC MATTER *PRO HAC VICE* PURSUANT TO LOCAL RULES 83.1(e)

The Court having considered the Application for an Order for Admission of Steven M. McGuire to Appear in a Specific Matter Pro Hac Vice Pursuant to Local Rule 83.1(e), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Application of Steven M. McGuire for Admission Pro Hac Vice should be and is hereby granted.

DATED: Honolulu, Hawaii, 12-29-2005.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\Proposed Order re Pro Hac Application.wpd

3