GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                    1397-0
   jlacy@goodsill.com
PATRICIA M. NAPIER              3735-0
   pnapier@goodsill.com
RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
JILL MURAKAMI BALDEMOR   7420-0
   jbaldemor@goodsill.com

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Limitation Plaintiff/Defendant
BLUE DOLPHIN CHARTERS, LTD.
And Limitation Plaintiff TERRY DONNELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, | CIVIL NO.: CV05-00037 HG BMK (Consolidated)<br><br>CERTIFICATE OF SERVICE [Re: Custodian of Records of: 1) Arizona Medical Imaging; 2) Desert Hand Therapy, Chandler; 3) Desert Hand Therapy, Phoenix; and 4) Mayo Clinic & Hospital, Scottsdale; 02/10/06)]<br><br>Non-Jury Trial Date: April 11, 2006<br>Judge: The Hon. Helen Gillmor |

1159679.1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>   Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 – 50,<br><br>   Defendants. | CIVIL NO.: CV04-00559 HG-BMK |
| DENNIS CLAYPOOL, SHERYL CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>   Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING INC., BLUE DOLPHIN CHARTERS, LTD. AND BLUE DOLPHIN DIVING, LTD.,<br><br>   Defendants. | CIVIL NO.: CV04-00570 HG-KSC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the *Notice of Taking Depositions Upon Written Questions; Questions; Exhibit "A"*, dated January 12, 2006, was duly served upon the following parties on this date as indicated below:

1159679.1

|  | Electronically through CM/ECF | U.S. Mail, Postage Pre-Paid |
|---|---|---|
| HAROLD G. HOPPE, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, Hawaii 96813<br><br>- and - | Hoppea001@hawaii.rr.com | ☒ |
| JOHN HILLSMAN, ESQ.<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Avenue<br>San Francisco, CA 94133<br><br>Attorney for DENNIS CLAYPOOL, SHERYL CLAYPOOL, KRISTIN CLAYPOOL AND SCOTT CLAYPOOL |  | ☒ |
| RICHARD LESSER, ESQ.<br>MICHELLE NELSON BASS, ESQ.<br>Lesser & Associates<br>1 Pearl Street<br>Redondo Beach, CA 90277<br><br>Attorney for Claimants/Respondents MATTHEW ISHAM, ROXANNE BEST ISHAM and HAYDEN ISHAM |  | ☒ |

2

|  | Electronically through CM/ECF | U.S. Mail, Postage Pre-Paid |
|---|---|---|
| ROBERT MILLER, ESQ.<br>Dillingham Transportation Building<br>735 Bishop Street, PH 500<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant BLUE<br>DOLPHIN CHARTERS, LTD. |  | ☒ |

DATED: Honolulu, Hawaii, January 12, 2006.

/s/ Randolf L.M. Baldemor
---
JOHN R. LACY
PATRICIA M. NAPIER
RANDOLF L. M. BALDEMOR
JILL MURAKAMI BALDEMOR

Attorneys for Limitation
Plaintiff/Defendant
BLUE DOLPHIN CHARTERS, LTD.
and Limitation Plaintiff TERRY
DONNELLY