HAROLD G. HOPPE   5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI   96813
Telephone:      (808) 528-1903
Facsimile:       (808) 531-3860

JOHN R. HILLSMAN   71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA   94133
Telephone:      (415) 421-9292
Facsimile:       (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at 9 o'clock and 38 min. A M
SUE BEITIA, CLERK

LODGED

JAN 0 5 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>Defendants. | Civil No. CV04 00570 HG- BMK<br><br>**STIPULATION AND ORDER AMENDING AND EXTENDING THE PARTIES' RESPECTIVE DEADLINES FOR DISCLOSING EXPERTS AND EXPERT WITNESS REPORTS**<br><br>Trial date: April 11, 2006 |

Stipulation and Order Amending Expert Witness Disclosure Deadline

ORIGINAL

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Stipulation and Order Amending Expert Witness Disclosure Deadline

WHEREAS the Court has set this case for another mandatory settlement conference on January 18, 2005;

AND WHEREAS the parties do not wish to incur the substantial expense of obtaining written expert witness reports under Fed.R.Civ.P. 26(a)(2)(B) if there is a chance that the case will settle on January 18, 2005;

AND WHEREAS the current deadline for the exchange of the Claypool and Isham Claimants' experts and expert witness reports is January 26, 2006, and the current deadline for the exchange of the Limitation Plaintiffs' expert witness reports is February 21, 2006;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, acting by and through their respective undersigned counsel, that:

(1) The deadline for the Claypool and the Isham Claimants' Expert Witness Disclosure be extended for two weeks, from January 25, 2006, to the new date of February 8, 2006;

(2) The deadline for Blue Dolphin Charters, Ltd./Terry Donnelly 's Expert Witness Disclosure be extended for two weeks, from February 21, 2006, to the new date of March 7, 2006; and,

---

Stipulation and Order Amending Expert Witness Disclosure Deadline

(3) The parties' Expert Discovery Deadline be extended for two weeks from March 15, 2006 to the new date of <u>March 29, 2006.</u>

IT IS SO STIPULATED:

Dated: <u>Jan. 5, 2006</u>

Law Offices of Harold G. Hoppe
McGuinn, Hillsman & Palefsky
Attorneys for Claypool Claimants

By: _____
HAROLD G. HOPPE

Dated: <u>January 3, 2006</u>

Lesser & Associates
Attorneys for Isham Claimants

By: _____
RICHARD A. LESSER

Dated: <u>Jan. 5, 2006</u>

Law Offices of Harold G. Hoppe
McGuinn, Hillsman & Palefsky
Attorneys for Claypool Claimants

By: _____
HAROLD G. HOPPE

Dated: _____

Goodsill Anderson Quinn & Stifel
Attorneys for Blue Dolphin Charters,
Ltd. and Terry Donnelly

By: _____
Randolf L.M. Baldemor

---

Stipulation and Order Amending Expert Witness Disclosure Deadline

(3)  The parties' Expert Discovery Deadline be extended for two weeks from March 15, 2006 to the new date of <u>March 29, 2006.</u>

IT IS SO STIPULATED:

Dated: _____

Law Offices of Harold G. Hoppe
McGuinn, Hillsman & Palefsky
Attorneys for Claypool Claimants

By: _____
HAROLD G. HOPPE

Dated: _____

Lesser & Associates
Attorneys for Isham Claimants

By: _____
RICHARD A. LESSER

Dated: _____

Law Offices of Harold G. Hoppe
McGuinn, Hillsman & Palefsky
Attorneys for Claypool Claimants

By: _____
HAROLD G. HOPPE

Dated: 1/5/06

Goodsill Anderson Quinn & Stifel
Attorneys for Blue Dolphin Charters,
Ltd. and Terry Donnelly

By: _____
Randolf L.M. Baldemor

---

Stipulation and Order Amending Expert Witness Disclosure Deadline

## ORDER

The foregoing Stipulation having been reviewed and considered, and good cause appearing therefor, the above extensions of deadlines for the parties' respective disclosure of expert witnesses and for concluding expert discovery be and hereby are ordered.

Dated: 1-9-06

HELEN GILLMOR,
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order Amending Expert Witness Disclosure Deadline