Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at 11 o'clock and 16 min A.M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>MATTHEW ISHAM, individually and as Guardian ad Litem for, HAYDEN ISHAM, a minor and ROXANNE BEST ISHAM'S SEPARATE AND CONCISE STATEMENT IN SUPPORT OF REPLY TO PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD. AND LIMITATION PLAINTIFF TERRY DONNELLY'S MEMORANDUM IN OPPOSITION TO MATTHEW ISHAM, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR HAYDEN ISHAM, A MINOR AND ROXANNE BEST ISHAM'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

|  |  |
|---|---|
|  | ) HEARING: <br> ) Date:      January 23, 2006 <br> ) Time:      10:30 a.m. <br> ) Courtroom: Aha Nonoi, 4th Floor <br> ) Judge:     The Hon. Helen Gillmor <br> ) <br> ) Non-Jury Trial Date: April 11, 2006 <br> ) Judge:     The Hon. Helen Gillmor <br> ) |
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, <br><br>        Plaintiffs, <br><br>        vs. <br><br> BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, <br><br>        Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>MATTHEW ISHAM, individually and as Guardian ad Litem for, HAYDEN ISHAM, a minor and ROXANNE BEST ISHAM'S SEPARATE AND CONCISE STATEMENT IN SUPPORT OF REPLY TO PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD. AND LIMITATION PLAINTIFF TERRY DONNELLY'S MEMORANDUM IN OPPOSITION TO MATTHEW ISHAM, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR HAYDEN ISHAM, A MINOR AND ROXANNE BEST ISHAM'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

Matthew Isham, individually and as Guardian ad Litem for, Hayden Isham, a minor, and Roxanee Best Isham (hereinafter "Isham Claimants") submit their Separate and Concise Statement in Support of Reply to Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd.'s and Limitation Plaintiff Terry

3

Donnelly's Opposition to Isham Claimant's Motion for Partial Summary Judgment filed on December 8, 2005.

Isham Claimants do not dispute paragraphs 1, 5, 6, 9 - 14, 18 - 23, 25 - 30 of Limitation Plaintiff's Separate and Concise Statement. All other paragraphs are either partially disputed or disputed in their entirety and Isham Claimants offer the following additional material facts in support thereof:

| MATERIAL FACT | FACTUAL SUPPORT |
| --- | --- |
| 1. Matthew Isham was never provided with written instruction regarding taking a dive float. Taking a dive float was a suggested, not a mandatory, procedure. | Decl. of Steven McGuire, Ex. "A" depo. of Matt Isham, p. 45: 17 – 24; p. 52: 9 – 12, 20 – 25. |
| 2. Terry Donnelly admitted under oath that there was no written mandatory requirement for taking floats on dives. | Decl. of Steven McGuire, Ex. "B", depo. of Terry Donnelly, p. 123: 7 – p. 125: 4. |
| 3. David Woolley testified that after a brief stop, the Spirit of Kauai motored out to sea before turning toward Mokol'e Point and was thus 300 yards from the Blue Dolphin's anchorage at that point. | Decl. of Steven McGuire, Ex. "C", depo. of David Woolley, p. 73: 17 – p. 75: 4. |

Dated: Redondo Beach, California, January 11, 2006.

_____
STEVEN M. McGUIRE, *Pro Hac Vice*
LESSER & ASSOCIATES, PLC
Attorneys for Claimants/Respondents
and Plaintiffs MATTHEW ISHAM, individually
and as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

4

I certify that this document is in 14 point Times New Roman font and contains 318 words and does not exceed the page or word limitations set forth in Local Rule 7.5(b).

_____
STEVEN M. McGUIRE, *Pro Hac Vice*
LESSER & ASSOCIATES, PLC
Attorneys for Claimants/Respondents
and Plaintiffs MATTHEW ISHAM, individually
and as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\Statement of Concise Facts re Reply to Opposition re Isham's Partial MSJ set 012306.wpd

5