ORIGINAL

Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at __11__ o'clock and __16__ min. A M
SUE BEITIA, CLERK

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK<br>) [3 Consolidated Cases]<br>)<br>) CERTIFICATE OF SERVICE RE:<br>) MATTHEW ISHAM, individually and as<br>) Guardian ad Litem for, HAYDEN ISHAM,<br>) a minor and ROXANNE BEST ISHAM'S<br>) REPLY TO PLAINTIFF/DEFENDANT<br>) BLUE DOLPHIN CHARTERS, LTD.<br>) AND LIMITATION PLAINTIFF TERRY<br>) DONNELLY'S MEMORANDUM IN<br>) OPPOSITION TO MATTHEW ISHAM,<br>) INDIVIDUALLY AND AS GUARDIAN<br>) AD LITEM FOR HAYDEN ISHAM, A<br>) MINOR AND ROXANNE BEST<br>) ISHAM'S MOTION FOR PARTIAL<br>) SUMMARY JUDGMENT;<br>) DECLARATION OF STEVEN M.<br>) McGUIRE; MATTHEW ISHAM,<br>) individually and as Guardian ad Litem for,<br>) HAYDEN ISHAM, a minor and<br>) ROXANNE BEST ISHAM'S SEPARATE<br>) AND CONCISE STATEMENT IN<br>) SUPPORT OF REPLY TO PLAINTIFF/ |

1

|  |  |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>            Plaintiffs,<br><br>      vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>            Defendants. | CIVIL NO.: CV 04 00559 HG-BMK<br><br>DEFENDANT BLUE DOLPHIN CHARTERS, LTD. AND LIMITATION PLAINTIFF TERRY DONNELLY'S MEMORANDUM IN OPPOSITION TO MATTHEW ISHAM, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR HAYDEN ISHAM, A MINOR AND ROXANNE BEST ISHAM'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>HEARING:<br>Date:         January 23, 2006<br>Time:        10:30 a.m.<br>Courtroom: Aha Nonoi, 4th Floor<br>Judge:       The Hon. Helen Gillmor<br><br>Non-Jury Trial Date:   April 11, 2006<br>Judge:       The Hon. Helen Gillmor |

2

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

Robert Miller                                      January 11, 2006
Dillingham Transportation Building
735 Bishop Street, PH 500
Honolulu, HI 96813

Attorney for Blue Dolphin Charters,
Ltd. and Terry Donnelly

| | |
|---|---|
| Randolph Baldemor<br>Goodsill, Anderson, Quinn & Stifel<br>Alii Place, Suite 1800<br>1099 Alakea St.<br>Honolulu, HI 96813<br><br>Attorneys for Limitation Plaintiffs<br>Blue Dolphin Charters, Ltd. and<br>Terry Donnelly | January 11, 2006 |
| John Hillsman<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Ave.<br>San Francisco, California 94133<br><br>Attorneys for Claimants/Respondents<br>Dennis Claypool, Sheryl Claypool,<br>Kristin Claypool and Scott Claypool | January 11, 2006 |
| Harold G. Hoppe<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, HI 96813<br><br>Attorneys for Claimants/Respondents<br>Dennis Claypool, Sheryl Claypool,<br>Kristin Claypool and Scott Claypool | January 11, 2006 |

Dated: Redondo Beach, California, January 11th, 2006.

_____
Steven M. McGuire, *Pro Hac Vice*

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\COS re Reply to Opposition re Isham's Partial MSJ set 012306.wpd

4