# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:** CV 04-00559HG-BMK, CV 04-00570HG-BMK,
CV 05-00037HG-BMK

**CASE NAME:** Isham v. Blue Dolphin
Claypool v. Capt. Andy's
In the Matter of the Complaint of Blue Dolphin

**ATTYS FOR PLA:** John Hillsman by phone

**ATTYS FOR DEFT:** John Steiner by phone

**INTERPRETER:**

---

**JUDGE:** Barry M. Kurren        **REPORTER:** C6 no record

**DATE:** 1/17/2006        **TIME:** 10:35 - 10:45

---

**COURT ACTION:** EP: Status Conference held.

Submitted by Richlyn Young, Courtroom Manager