GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                 1397-0
   jlacy@goodsill.com
EVELYN J. BLACK              4362-0
   eblack@goodsill.com
RANDOLF L. M. BALDEMOR       7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
BLUE DOLPHIN CHARTERS, LTD.



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>           Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1-105,<br><br>           Defendants. | CIVIL NO. CV04-00559 ACK/KSC<br><br>DEFENDANT BLUE DOLPHIN CHARTERS, LTD.'S **ANSWER TO SEAMAN'S COMPLAINT** FOR DAMAGES FOR PERSONAL INJURIES UNDER THE JONES ACT AND THE GENERAL MARITIME LAW, COMPLAINT FOR PERSONAL INJURY DAMAGES, LOSS OF CONSORTIUM, FILED ON SEPTEMBER 14, 2004; DEFENDANT BLUE DOLPHIN CHARTERS, LTD.'S **CROSS-CLAIM AGAINST DEFENDANT CAPTAIN ANDY'S SAILING, INC.**; AND CERTIFICATE OF SERVICE |

665259.4

**Exhibit "2"**

**DEFENDANT BLUE DOLPHIN CHARTERS, LTD.'S
ANSWER TO SEAMAN'S COMPLAINT FOR DAMAGES
FOR PERSONAL INJURIES UNDER THE JONES ACT
AND THE GENERAL MARITIME LAW,
COMPLAINT FOR PERSONAL INJURY DAMAGES,
LOSS OF CONSORTIUM FILED ON SEPTEMBER 14, 2004**

COMES NOW, Defendant BLUE DOLPHIN CHARTERS, LTD. ("Defendant"), by and through its attorneys, GOODSILL ANDERSON QUINN & STIFEL, a Limited Liability Law Partnership LLP, and answers the Seaman's Complaint for Damages for Personal Injuries Under the Jones Act and the General Maritime Law, Complaint for Personal Injury Damages, Loss of Consortium, filed on September 14, 2004 (the "Complaint"), as follows:

### FIRST DEFENSE
### PRELIMINARY ALLEGATIONS

1. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint and therefore denies the same.

2. In response to Paragraph 2 of the Complaint, Defendant admits that BLUE DOLPHIN CHARTERS, LTD. is a Hawaii corporation, doing business in Hawaii, with its principal place of business on the Island of Kauai. Defendant denies any and all remaining allegations of said Paragraph 2.

## NINTH DEFENSE

39. Defendant will rely upon the Primary Duty Rule.

## TENTH DEFENSE

40. Defendant pleads and is entitled to and hereby claims the benefits of the Limitation of Shipowner's Liability Act, 46 U.S.C. App. §183 *et seq.* and all acts amendatory thereof and supplemental thereto.

## ELEVENTH DEFENSE

41. The accident and injuries alleged were caused by an Act of God.

## TWELFTH DEFENSE

42. Defendant will rely upon the defenses of superseding, supervening and/or intervening cause.

## THIRTEENTH DEFENSE

43. Defendant will rely upon the defenses of waiver and estoppel.

## FOURTEENTH DEFENSE

44. Plaintiffs' claims are preempted by federal law.

## FIFTEENTH DEFENSE

45. Defendant gives notice that it may assert any other matter constituting an avoidance or an affirmative defense to the extent a factual basis therefore is disclosed through further investigation and discovery.