MICHAEL D. FORMBY   5199-0
JOHN O'KANE, JR.   4280-0
MICHAEL J. NAKANO   6940-0

FRAME FORMBY & O'KANE
Attorneys at Law
A Law Corporation
Four Waterfront Plaza, Suite 575
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 545-3043
Facsimile: (808) 545-3065
Email: FFOMaritime@aol.com

Attorneys for Limitation Plaintiffs
CAPTAIN ANDY'S SAILING, INC.
and EVANS PACIFIC, LTD.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 4 2005

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) <br> ) <br> of ) <br> ) <br> ) <br> The Complaint of CAPTAIN ANDY'S ) <br> SAILING, INC., a Hawaii corporation, ) <br> as pro hac vice owner, and EVANS ) <br> PACIFIC, LTD., a Hawaii corporation, ) <br> as owner, of M/V SPIRIT OF KAUAI, ) <br> O.N. 995776, for exoneration from or ) <br> limitation of liability. ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | CIVIL NO. CV05-00017 HG/LEK <br> (Admiralty) <br><br> FIRST AMENDED <br> LETTER OF UNDERTAKING; <br> CERTIFICATE OF SERVICE |

**Exhibit "6"**

FIRST AMENDED
LETTER OF UNDERTAKING

On or about July 20, 2004, Matthew Isham, dive instructor, Dennis Claypool, student diver, Scott Claypool, diver, and others participated in scuba diving from M/V BLUE DOLPHIN. During the dive, Matthew Isham and Dennis Claypool came into contact with the propeller of the vessel M/V SPIRIT OF KAUAI and sustained injuries. M/V SPIRIT OF KAUAI did not sustain any damage. CAPTAIN ANDY'S SAILING, INC. and EVANS PACIFIC, LTD., (hereafter collectively "Limitation Plaintiffs"), as owner pro hac vice and owner, respectively, of the vessel M/V SPIRIT OF KAUAI, have filed a Complaint for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 181 et seq.

Limitation Plaintiffs hereby deposit appropriate security in the amount of the value of the vessel M/V SPIRIT OF KAUAI, at the close of the incident, with the Court. Continental Insurance Company hereby tenders its letter of undertaking to the Court as adequate and approved security for the value of vessel M/V SPIRIT OF KAUAI pursuant to Supplemental Rule F(1), Federal Rules of Civil Procedure.

Continental Insurance Company hereby agrees:

1. To file, or cause to be filed, upon demand of the Clerk or of any Claimant in the above-captioned proceeding, a claim of ownership of the vessel M/V

2

SPIRIT OF KAUAI for any claim made by any Claimant in the United States District Court, District of Hawaii, respecting the above-referenced incident on July 20, 2004, whether or not the vessel is within the jurisdiction of the Court at the time, and without raising any point or defense as to her absence from said jurisdiction;

2. In the event a final decree or judgment (after appeal, if any) be entered in favor of one or all of the Claimants in the above-referenced action, then the undersigned agrees to pay and satisfy such final decree or judgment up to but not exceeding the sum of Four Hundred Thousand Dollars and Zero Cents ($400,000.00), with interest thereon at a rate of six percent (6%) per annum from the date hereof, or any lesser amount decreed by the Court or agreed to in any settlement between the parties without final decree being rendered;

3. This letter is to be binding whether or not the vessel M/V SPIRIT OF KAUAI is lost at sea, or not lost, in port or not in port; and is given without prejudice to all rights and defenses which the vessel and her owners or claimants may have, none of which is to be regarded as waived.

It is understood and agreed that signing of this letter of undertaking on behalf of CAPTAIN ANDY'S SAILING, INC., EVANS PACIFIC, LTD. and the vessel M/V SPIRIT OF KAUAI is not to be construed as binding upon Frame Formby & O'Kane, AAL, ALC, their attorneys, corporate officers, directors or shareholders,

but instead shall be binding only upon the principal, Continental Insurance Company.

DATED: Honolulu, Hawaii, February 14th, 2005.

PRINCIPAL:    Continental Insurance Company

By: *(signature)*

Name:  Michael D. Formby

Title: Attorney-In-Fact for the Principal for the above limited purpose only as per written authority received via facsimile on the 14th of February, 2005, from Continental Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing were served as noted on the following persons at the addresses indicated below on this 14th day of February, 2005:

| | |
|---|---|
| HAROLD G. HOPPE, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, Hawaii 96813 | Hand delivered |
| JOHN HILLSMAN, ESQ.<br>McGUINN, HILLSMAN & PALEFSKY<br>535 Pacific Avenue<br>San Francisco, CA 94133 | Mailed |

Attorneys for DENNIS CLAYPOOL, SHERYL CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL, and KRISTIN CLAYPOOL

| | |
|---|---|
| EVELYN BLACK, ESQ.<br>Goodsill Anderson Quinn & Stifel<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, Hawaii 96813 | Hand delivered |

Attorney for BLUE DOLPHIN CHARTERS, LTD.

STEPHEN L. HEWITT, ESQ.     Mailed/faxed
Hewitt & Prout
4640 Lankershim Boulevard, Suite 600
North Hollywood, California 91602-1818

Attorney for MATTHEW ISHAM

RICHARD A. LESSER, ESQ.     Mailed/faxed
MICHELE NELSON BASS, ESQ.
1 Pearl Street
Redondo Beach, California 90277

Attorneys for MATTHEW ISHAM,
ROXANNE BEST ISHAM AND HAYDEN ISHAM

DATED: Honolulu, Hawaii, February 14, 2005.

        FRAME FORMBY & O'KANE

*[signature]*

MICHAEL D. FORMBY
MICHAEL J. NAKANO
Attorneys for Limitation Plaintiffs
CAPTAIN ANDY'S SAILING, INC.
and EVANS PACIFIC, LTD.