**DEPARTMENT OF TRANSPORTATION**
**U.S. COAST GUARD**
CG-1332 (Rev. 6-93)

## GENERAL INDEX OR ABSTRACT OF TITLE

OMB APPROVED
2115-0110

VESSEL BUILT AT **NATIONAL CITY, CA**
(AND) _____ IN **1999**
BY **KNIGHT & CARVER YACHTCENTER, INC**
FOR **BLUE DOLPHIN CHARTERS, LTD**

1082213 (OFFICIAL NUMBER)
KCEBD621G999 (HULL ID NUMBER)

(5) _____
(4) _____
(3) _____

BUILDER'S CERTIFICATE DATED **7/20/99**
TITLE ASSIGNED TO _____

(2) _____
(1) **BLUE DOLPHIN (10/15/99)**
NAME OF VESSEL

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100 | 12 23 99 | $250,000.00 | 00-07 | 63 |
| FILED PORT | | DATE | TIME | | DATE TERMINATED |
| NVDC | | 01 06 00 | 08 20 AM | | - - - |

GRANTOR
BLUE DOLPHIN CHARTERS, LTD

GRANTEE
FIRST HAWAIIAN BANK
999 BISHOP ST.
HONOLULU, HI  96813

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FILED PORT | | DATE | TIME | | DATE TERMINATED |

GRANTOR

GRANTEE

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FILED PORT | | DATE | TIME | | DATE TERMINATED |

GRANTOR

GRANTEE

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: _____  TIME: _____
PAGE: ____ OF ____  PORT: _____

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

Page 1 of 3

**Exhibit "10"**

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1 | | | | OFFICIAL NO. 1082213 | |
|---|---|---|---|---|---|---|---|
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | | PAGE |
| SMTG | 100 | 08 25 03 | 250,000.00 | | 03-96 | | 489 |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED | |
| NVDC | | 09 02 03 | | 08 15 AM | | — — — | |
| GRANTOR | | | | | | | |
| REFERS TO BOOK 00-07 PAGE 63 FIRST HAWAIIAN BANK | | | | | | | |
| GRANTEE | | | | | | | |
| BLUE DOLPHIN CHARTERS LTD | | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | | PAGE |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED | |
| GRANTOR | | | | | | | |
| GRANTEE | | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | | PAGE |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED | |
| GRANTOR | | | | | | | |
| GRANTEE | | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | | PAGE |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED | |
| GRANTOR | | | | | | | |
| GRANTEE | | | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:                  TIME:

PAGE:         OF         PORT:

DOCUMENTATION OFFICER

PREVIOUS DOCUMENTATION MAY BE USED

Page 2 of 3