| | |
|---|---|
| Subj: | **Re: Fw: The Isham / Claypool MSC on January 18th** |
| Date: | 1/14/2006 6:01:38 P.M. Pacific Standard Time |
| From: | Lizardbrane |
| To: | JSteiner@m4law.com, Uroy3 |
| CC: | hoppea001@hawaii.rr.com, mcguire@divelaw.com, RBaldemor@goodsill.com, rfm@robertmiller.com |

In a message dated 1/13/2006 3:09:41 P.M. Pacific Standard Time, JSteiner@m4law.com writes:

> Everyone: The attached Motion and Ex Parte Motion was electronically filed today.
> Jon
>
> Jonathan H. Steiner
> McCorriston Miller Mukai MacKinnon LLP
> P.O. Box 2800
> Honolulu, Hawaii 96803 2800
> Dir. Tel. No. (808) 529 7330
> Fax No.: (808) 535-8038
> E mail: Steiner@m4law.com

Dear Jon- I have read the motion- You seem to have left out the fact that in it's answer to both the Isham and Claypool complaints Blue Dolphin raised limitation as a defense, which certainly protected their interest and legal right to limit the claim, if that was the real reason, which of course it was not. Rather, your filing of the complaint and filing the bond not only stayed Isham's claim against Blue Dolphin, but was an attempt, albeit ultimately unsuccessful, to deprive him of a jury trial. He has filed a proper f(5) claim. End of story.
   I will be asking for sanctions if I am forced to respond to the motion; I ask you withdraw it by close of business Tuesday. Rick Lesser