ORIGINAL

HAROLD G. HOPPE    5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI   96813
Telephone:  (808) 528-1903
Facsimile:   (808) 531-3860

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

JOHN R. HILLSMAN    71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA   94133
Telephone:  (415) 421-9292
Facsimile:   (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool


UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII


| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br>               Plaintiffs,<br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>               Defendants. | Civil No. CV04 00570 HG- BMK<br><br>ORDER DENYING WITHOUT PREJUDICE LIMITATION PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD. AND LIMITATION PLAINTIFF TERRY DONNELLY'S MOTION TO COMPEL AUTHORIZATIONS FOR RELEASE OF SHERYL CLAYPOOL, SCOTT CLAYPOOL AND KRISTEN CLAYPOOL'S MENTAL HEALTH RECORDS FILED NOVEMBER 18, 2005 |

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>   Plaintiffs,<br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>   Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONORATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>) Trial date: April 11, 2006<br>) |

ORDER DENYING WITHOUT PREJUDICE LIMITATION
PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD. AND
LIMITATION PLAINTIFF TERRY DONNELLY'S MOTION
TO COMPEL AUTHORIZATIONS FOR RELEASE OF SHERYL
CLAYPOOL, SCOTT CLAYPOOL AND KRISTEN CLAYPOOL'S
<u>MENTAL HEALTH RECORDS FILED NOVEMBER 18, 2005</u>

Limitation Plaintiff / Defendant BLUE DOLPHIN CHARTERS, LTD. and Limitation Plaintiff TERRY DONNELLY's (hereinafter collectively referred to as "Limitation Plaintiff Blue Dolphin") Motion to Compel Authorizations for Release of Sheryl Claypool, Scott Claypool and Kristen Claypool's Mental Health Records filed herein on November 18, 2005 (the "Motion"), having come on for hearing before Magistrate Judge Barry M. Kurren on December 19, 2005 at 9:30 a.m., with Randolf L.M. Baldemor, Esq. and Mihoko E. Ito, Esq. appearing on behalf of Limitation Plaintiff Blue Dolphin, and Harold Hoppe G. Hoppe, Esq. and John Hillsman, Esq. appearing on behalf of Limitation Claimants Dennis Claypool, Sheryl Claypool, Kristen Claypool and Scott Claypool;

The Court having reviewed the Motion, the memoranda, declarations and exhibits filed in support and opposition to the Motion, and having heard the argument of counsel made at the hearing, and good cause appearing therefor;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Limitation Plaintiff Blue Dolphin's Motion is denied without prejudice, subject to

reconsideration by this Court for further action should good cause be shown by Plaintiff that such authorizations are necessary.

DATED: Honolulu, Hawaii, 1 · 18 · 2006.

_____
MAGISTRATE JUDGE BARRY M. KURREN

---

*In the Matter of the Complaint of Blue Dolphin Charters, Ltd. and Terry Donnelly, as Owners of the Vessel M/V Blue Dolphin, O/N 1082213, for Exoneration from and/or Limitation of Liability*, Civil No. CV05-0037 HG-BMK; *Matthew Isham et al. v. Blue Dolphin Charters, Ltd., et al.*, Civil No. CV04-00559 HG-BMK; *Dennis Claypool et al. v. Captain Andy's Sailing, Inc., et al.*, Civil No. CV04-00570 ACK-KSC (CONSOLIDATED), ORDER DENYING WITHOUT PREJUDICE LIMITATION PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD., AND LIMITATION PLAINTIFF TERRY DONNELLY'S MOTION TO COMPEL AUTHORIZATIONS FOR RELEASE OF SHERYL CLAYPOOL, SCOTT CLAYPOOL AND KRISTEN CLAYPOOL'S MENTAL HEALTH RECORDS FILED NOVEMBER 18, 2005