GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                                    1397-0
   jlacy@goodsill.com
PATRICIA M. NAPIER                       3735-0
   pnapier@goodsill.com
RANDOLF L. M. BALDEMOR       7421-0
   rbaldemor@goodsill.com
JILL MURAKAMI BALDEMOR     7420-0
   jbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Limitation Plaintiff/Defendant
BLUE DOLPHIN CHARTERS, LTD.
And Limitation Plaintiff TERRY DONNELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, | CIVIL NO.: CV05-00037 HG BMK (Consolidated)<br><br>CERTIFICATE OF SERVICE<br><br>[Re: Notice of Taking Deposition Upon Written Questions; Questions; Exhibit "1" (Custodian of Records of The Prudential Insurance Company of America, 02/14/06)]<br><br><br>Non-Jury Trial Date: April 11, 2006<br>Judge:    The Hon. Helen Gillmor |

1187693.1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>                Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 – 50,<br><br>                Defendants. | CIVIL NO.: CV04-00559 HG-BMK |
| DENNIS CLAYPOOL, SHERYL CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>                Plaintiffs,<br>vs.<br><br>CAPTAIN ANDY'S SAILING INC., BLUE DOLPHIN CHARTERS, LTD. AND BLUE DOLPHIN DIVING, LTD.,<br><br>                Defendants. | CIVIL NO.: CV04-00570 HG-KSC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the Notice of Taking Deposition Upon Written Questions; Questions; Exhibit "1" was duly served upon the following parties on this date as indicated below:

2

| | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| HAROLD G. HOPPE, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, Hawaii 96813<br><br>- and -<br><br>JOHN HILLSMAN, ESQ.<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Avenue<br>San Francisco, CA 94133<br><br>Attorney for Claimants/Respondents<br>DENNIS CLAYPOOL, SHERYL CLAYPOOL, KRISTIN CLAYPOOL AND SCOTT CLAYPOOL | Hoppea001@hawaii.rr.com | ☒<br><br><br><br><br><br>☒ |
| RICHARD LESSER, ESQ.<br>MICHELLE NELSON BASS, ESQ.<br>1 Pearl Street<br>Redondo Beach, CA 90277<br><br>Attorneys for Claimants/Respondents<br>MATTHEW ISHAM,<br>ROXANNE BEST ISHAM and<br>HAYDEN ISHAM | | ☒ |
| ROBERT MILLER, ESQ.<br>Dillingham Transportation Building<br>735 Bishop Street, PH5<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant BLUE DOLPHIN CHARTERS, LTD. | | ☒ |

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| JONATHAN H. STEINER, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorney for Interested Party<br>LEXINGTON INSURANCE<br>COMPANY | Steiner<br>@m4law.com | ☒ |

DATED: Honolulu, Hawaii, January 24, 2006.

/s/ Randolf L.M. Baldemor
_____
JOHN R. LACY
PATRICIA M. NAPIER
RANDOLF L. M. BALDEMOR
JILL MURAKAMI BALDEMOR

Attorneys for Limitation
Plaintiff/Defendant BLUE DOLPHIN
CHARTERS, LTD. and Limitation
Plaintiff TERRY DONNELLY

4