# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00559HG-BMK, CV 04-00570HG-BMK, CV 05-00037HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin<br>Claypool v. Capt. Andy's<br>In the Matter of the Complaint of Blue Dolphin |
| ATTYS FOR PLA: | Harold G. Hoppe |
| ATTYS FOR DEFT: | Patricia Napier, Jonathan H. Steiner, Robert F. Miller |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 1/24/2006 | TIME: | 11 - 11:45 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time. Further conference on call.

Submitted by Richlyn Young, Courtroom Manager