# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00559HG-BMK AND CV 05-00037HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin<br>In the Matter of the Complaint of Blue Dolphin Charters, Ltd. |
| ATTYS FOR PLA: | Richard A. Lesser by phone |
| ATTYS FOR DEFT: | Patricia Napier, Randy Baldemor, Robert Miller by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 2/6/2006 | TIME: | 10 - 10:13 |

COURT ACTION:  EP: Status Conference Re Substitution of Counsel and Extension of Deadlines held.  Goodsill Anderson Quinn & Stifel will withdraw as counsel for Blue Dolphin Charters, Ltd. as soon as the Claypool settlement is placed on the record.  Attorney Robert F. Miller will represent Blue Dolphin Charters, Ltd.

Submitted by Richlyn Young, Courtroom Manager