# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2-9-06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00559HG-BMK AND CV 05-00037HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin<br>In the Matter of the Complaint of Blue Dolphin |
| ATTYS FOR PLA: | Richard A. Lesser |
| ATTYS FOR DEFT: | Robert F. Miller, Randolf Baldemor, Jonathan Steiner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 2-9-06 | TIME: | 11 - 11:30 |

COURT ACTION:  EP: Status Conference Re Settlement held.
Further conference set for 2-13-06 @ 9:30 a.m., BMK.


Submitted by Richlyn Young, Courtroom Manager