ROBERT F. MILLER    2055
735 BISHOP ST., PH 500
HONOLULU, HI 96813
Telephone: (808)521-3356
Facsimile: (808) 521-3359
Attorney for Terry Donnelly
and Blue Dolphin Charters

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) No. CV05-00037 HG BMK <br> ) <br> ) **OFFER TO ALLOW MONEY** <br> ) **JUDGMENT TO BE TAKEN** <br> ) **AGAINST LIMITATION** <br> ) **PLAINTIFF / DEFENDANT BLUE** <br> ) **DOLPHIN CHARTERS, LTD., IN** <br> ) **FAVOR OF THE CLAYPOOL** <br> ) **PLAINTIFFS, UNDER FED.** <br> ) **R.CIV.P. 68** <br> ) |

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL, <br><br>          Plaintiffs, <br><br>     vs. <br><br> CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC., <br>          Defendants. | ) No. CV04 00570 HG-BMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor, ROXANNE BEST ISHAM, <br><br>          Plaintiffs, <br><br>     vs. <br><br> BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., <br><br>          Defendants. | ) NO. CV04-00559 HG-BMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

COMES NOW LIMITATION PLAINTIFF / DEFENDANT BLUE DOLPHIN CHARTERS, LTD., pursuant to Fed.R.Civ.P. 68, who herewith offers to allow a "new money" judgment to be taken against it, over and above any settlement sums already paid to the CLAYPOOL Claimants by its employee MATTHEW ISHAM, in the amounts of:

(1) $950,000 in favor of Plaintiff / Limitation Claimant DENNIS CLAYPOOL;

(2) $650,000 in favor of Plaintiff / Limitation Claimant SHERYL CLAYPOOL;

(3) $50,000 in favor of Plaintiff / Limitation Claimant SCOTT CLAYPOOL, and;

(4) $50,000 in favor of Plaintiff KRISTEN CLAYPOOL.

Rls!

DATED: Honolulu, Hawaii, December 20, 2005

ROBERT F. MILLER
Attorney for Terry Donnelly
and Blue Dolphin Charters