## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on February 6, 2006, upon the following persons and parties as follows:

| Type of Service | Addressee | Party |
|---|---|---|
| Hand Delivery | John R. Lacy<br>Randy L.M. Baldemor<br>GOODSILL ANDERSON QUINN & STIFEL<br>Alii Place<br>1099 Alakea St. Suite 1800<br>Honolulu, HI 96813 | Blue Dolphin Charters |
| Hand Delivery | Robert F. Miller<br>735 Bishop St., PH 500<br>Honolulu, HI 96813 | Blue Dolphin Charters<br>Terry Donnelly |
| United States Mail | Richard Lesser<br>1 Pearl Street<br>Redondo Beach, CA 90277 | Isham Plaintiffs |

DATED: Honolulu, Hawaii, *February 6, 2006*

*/s/ Harold G. Hoppe*
Harold G. Hoppe
Co-counsel for Plaintiffs