## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 13, 2006

TO ALL COUNSEL

      Re:   CONSOLIDATED CIVIL CASES:
            Civil 04-00559HG-BMK Matthew Isham, *etc., et al.* vs. Blue Dolphin Charters, Ltd., *et al.*
            Civil 04-00570HG-BMK Dennis Claypool, *etc., et al.* vs. Captain Andy's Sailing, Inc., *et al.*
            Civil 05-00037HG-BMK In the matter of the Complaint of Blue Dolphin Charters, Ltd., *etc.*

Dear Sir or Madam:

    Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that the Judgment entered pursuant to FRCP Rule 68, was entered on February 13, 2006 in Civil Case Number 04-00570HG-BMK and in Civil Case Number 05-00037HG-BMK. Judgment was also entered and documented in Civil Case 04-00559HG-BMK as this case is a member-case of the consolidation.

                              Sincerely Yours,

                              SUE BEITIA, CLERK
                              by: Anna F. Chang
                              Deputy Clerk

encl.
cc:   All Counsel