# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
2/13/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00559HG-BMK AND CV 05-00037HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin<br>In the Matter of the Complaint of Blue Dolphin |
| ATTYS FOR PLA: | Richard A. Lesser |
| ATTYS FOR DEFT: | Randolf L.J. Baldemor, Robert F. Miller, Wesley Ichida, John R. Hillsman by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 2/13/2006 | TIME: | 2:38 - 2:50 |

COURT ACTION:  EP: Status Conference Re Settlement held.

Submitted by Richlyn Young, Courtroom Manager