**ORIGINAL**

Robert F. Miller 2055
735 Bishop Street PH 500
HONOLULU, HI 96813
Telephone: (808) 521 3356
Facsimile: (808) 521-3359
Attorney for Terry Donnelly
and Blue Dolphin Charters

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 3 o'clock and 52 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>OFFER TO ALLOW MONEY JUDGEMENT TO BE TAKEN AGAINST LIMITATION PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD., IN FAVOR OF MATTHEW ISHAM, INDIVIDUALLY UNDER FED. RULE CIV. P. 68 |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW LIMITATION PLAINTIFF/DEFENDANT BLUE DOLPHIN

2

CHARTERS, LTD., pursuant to Fed/ R. Civ. P. 68, who herewith offers to allow a "new money" judgement to be taken against it, in the amount of Two Million Nine Hundred Seventy Five Thousand ($2,975,000.) Dollars in favor of Plaintiff/Limitation Claimant MATTHEW ISHAM, individually only.

Dated: HONOLULU, HAWAII, February 13, 2006.

_____
ROBERT F. MILLER
Attorney for Terry Donnelly and Blue Dolphin Charters, Ltd.