Richard A. Lesser - #5832
Steven M. McGuire, *Pro Hac Vice*
LESSER & ASSOCIATES, PLC
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK<br>)     [3 Consolidated Cases]<br>)<br>) NOTICE OF ACCEPTANCE OF BLUE<br>) DOLPHIN CHARTER LTD AND TERRY<br>) DONNELLY'S AMENDED OFFER TO<br>) ALLOW MONEY JUDGEMENT TO BE<br>) TAKEN AGAINST LIMITATION<br>) PLAINTIFF/DEFENDANT BLUE<br>) DOLPHIN CHARTERS LTD. AND<br>) LIMITATION PLAINTIFF TERRY<br>) DONNELLY IN FAVOR OF<br>) PLAINTIFF/LIMITATION CLAIMANT<br>) MATTHEW ISHAM INDIVIDUALLY,<br>) PURSUANT TO RULE 68 OF THE<br>) FEDERAL RULES OF CIVIL<br>) PROCEDURE; DECLARATION OF<br>) RICHARD A. LESSER; CERTIFICATE<br>) OF SERVICE |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>　　　　Defendants. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | CIVIL NO.: CV 04 00559 HG-BMK |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>　　　　Defendants. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | CIVIL NO.: CV 04 00570 HG-BMK |

2

NOTICE OF ACCEPTANCE OF BLUE DOLPHIN CHARTERS LTD
AND TERRY DONNELLY'S AMENDED OFFER TO ALLOW MONEY
JUDGEMENT TO BE TAKEN AGAINST LIMITATION
PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD
AND LIMITATION PLAINTIFF TERRY DONNELLY,
IN FAVOR OF PLAINTIFF/LIMITATION CLAIMANT
MATTHEW ISHAM, INDIVIDUALLY, PURSUANT TO
<u>RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>

COMES NOW MATTHEW ISHAM, INDIVIDUALLY, Plaintiff and Limitation Claimant in the above entitled action and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby gives notice of his acceptance of the Amended Offer of Judgment made by Blue Dolphin Charters, Ltd and Terry Donnelly.

This notice is given on the basis of the attached Declaration of Counsel and the Original Amended Offer to Allow Money Judgement to be Taken against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd. and Limitation Plaintiff Terry Donnelly, in Favor of Matthew Isham, Individually, attached hereto, the file and record in this case, and Rule 68 of the Federal Rules of Civil Procedure.

Dated: Redondo Beach, California  February 21, 2006.

                LESSER & ASSOCIATES, PLC


            /s/ Steven M. McGuire
            STEVEN M. McGUIRE
            Attorneys for Claimants/Respondents
            and Plaintiffs MATTHEW ISHAM, individually
            and as Guardian ad Litem for, HAYDEN ISHAM,
            a minor and ROXANNE BEST ISHAM

C:\Cases\Isham\Isham Acceptance re FRCP 68 Offer.wpd