Richard A. Lesser - #5832
Steven M. McGuire, *pro hac vice*
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>CERTIFICATE OF SERVICE RE: NOTICE OF ACCEPTANCE OF BLUE DOLPHIN CHARTER LTD AND TERRY DONNELLY'S AMENDED OFFER TO ALLOW MONEY JUDGEMENT TO BE TAKEN AGAINST LIMITATION PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS LTD. AND LIMITATION PLAINTIFF TERRY DONNELLY IN FAVOR OF PLAINTIFF/LIMITATION CLAIMANT MATTHEW ISHAM INDIVIDUALLY, PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE;  DECLARATION OF RICHARD A. LESSER |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>          Plaintiffs,<br><br>          vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>          Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DENNIS CLAYPOOL, SHERYL CLAYPOOL individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL,<br><br>          Plaintiffs,<br><br>          vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>          Defendants. | ) CIVIL NO.: CV 04 00570 HG-KSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at

their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Robert Miller<br>Dillingham Transportation Building<br>735 Bishop Street, PH 500<br>Honolulu, HI 96813<br><br>Attorney for Blue Dolphin Charters,<br>Ltd. and Terry Donnelly | February 21, 2006 |
| Randolph Baldemor<br>John R. Lacy<br>Goodsill, Anderson, Quinn & Stifel<br>Alii Place, Suite 1800<br>1099 Alakea St.<br>Honolulu, HI 96813<br><br>Attorneys for Limitation Plaintiffs<br>Blue Dolphin Charters, Ltd. and<br>Terry Donnelly | February 21, 2006 |
| John Hillsman<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Ave.<br>San Francisco, California 94133<br><br>Attorneys for Claimants/Respondents<br>Dennis Claypool, Sheryl Claypool,<br>Kristin Claypool and Scott Claypool | February 21, 2006 |
| Harold G. Hoppe<br>Pacific Guardian Center, Makai<br>Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, HI 96813<br><br>Attorneys for Claimants/Respondents<br>Dennis Claypool, Sheryl Claypool,<br>Kristin Claypool and Scott Claypool | February 21, 2006 |

3

Jonathan H. Steiner  February 21, 2006
McCorriston Miller Mukai
MacKinnon LLP
500 Ala Moana Blvd.
Five Waterfront Plaza, 4th Floor
Honolulu, HI 96813

Attorney for Interested Party
Lexington Insurance Company

    Dated: Redondo Beach, California, February 21, 2006.

                                            /s/ Steven M. McGuire
                                            _____
                                            Steven M. McGuire

C:\Cases\Isham\COS re Isham Acceptance re FRCP 68 Offer.wpd