AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, | CIVIL 04-00559HG-BMK |
| Plaintiffs, | |
| V. | |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., | |
| Defendants. | |
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL, | CIVIL 04-00570HG-BMK |
| Plaintiffs, | |
| V. | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD., and BLUE DOLPHIN DIVING, INC., | |
| Defendants. | |

JUDGMENT IN A CIVIL CASE
Consolidated Civil Case Numbers: 04-00559HG-BMK,
04-00570HG-BMK, 05-00037HG-BMK
March 2, 2006
Page 2

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL 05-00037HG-BMK |

[✓]   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

A *"Notice of Acceptance of Blue Dolphin Charters, Ltd. and Terry Donnelly's Amended Offer to Allow Money Judgment to be taken against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd. and Limitation Plaintiff Terry Donnelly in favor of Plaintiff/Limitation Claimant Matthew Isham individually, pursuant to Rule 68 of the Federal Rules of Civil Procedure; Declaration of Richard A. Lesser; Certificate of Service"* having been filed on February 21, 2006, IT IS ORDERED AND ADJUDGED THAT pursuant to Federal Rules of Civil Procedure Rule 68, JUDGMENT is entered and is entered in favor of Plaintiff/Limitation Claimant Matthew Isham, individually, and against Limitation Plaintiff/Defendants Blue Dolphin Charters, Ltd., and Terry Donnelly, and is entered as pursuant to those provisions contained and stated in the "AMENDED OFFER TO ALLOW MONEY JUDGMENT TO BE TAKEN AGAINST LIMITATION PLAINTIFF/DEFENDANTS BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY IN FAVOR OF MATTHEW ISHAM, INDIVIDUALLY UNDER FED. RULE CIV. P. 68" filed on February 17, 2006.

cc:   All Counsel of Record

| | |
|---|---|
| March 2, 2006 | SUE BEITIA |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |