## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 2, 2006

TO ALL COUNSEL

Re: CONSOLIDATED CIVIL CASES:
Civil 04-00559HG-BMK Matthew Isham, *etc., et al.* vs. Blue Dolphin Charters, Ltd., *et al.*
Civil 04-00570HG-BMK Dennis Claypool, *etc., et al.* vs. Captain Andy's Sailing, Inc., *et al.*
Civil 05-00037HG-BMK In the matter of the Complaint of Blue Dolphin Charters, Ltd., *etc.*

Dear Sir or Madam:

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that the Judgment entered pursuant to FRCP Rule 68, was entered on March 2, 2006 in Civil Case Numbers 04-00559HG-BMK, 04-00570HG-BMK, and 05-00037HG-BMK

Sincerely Yours,

SUE BEITIA, CLERK
/s/ *Anna F. Chang*
by: Anna F. Chang
Deputy Clerk

encl.
cc:   All Counsel