Richard A. Lesser - #5832
Steven M. McGuire, *Pro Hac Vice*
LESSER & ASSOCIATES, PLC
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK <br> [3 Consolidated Cases] <br><br> PLAINTIFF/LIMITATION CLAIMANT MATTHEW ISHAM'S MOTION FOR JUDGMENT ENFORCING LIABILITY ON BOND |

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,  )<br>)<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,  )<br>)<br>)<br>)<br>)<br>)<br>Defendants.  )<br>) | CIVIL NO.: CV 04 00559 HG-BMK |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,  )<br>)<br>)<br>)<br>)<br>Defendants.  )<br>) | CIVIL NO.: CV 04 00570 HG-BMK |

2

PLAINTIFF/LIMITATION CLAIMANT MATTHEW ISHAM'S
MOTION FOR JUDGMENT ENFORCING LIABILITY ON BOND

Plaintiff/Limitation Claimant Matthew Isham, by and through his undersigned counsel, respectfully moves this Court for Judgment against American Home Assurance Company to enforce liability on the bond of Blue Dolphin Charters, Ltd. and Terry Donnelly, that was filed in this action on January 21, 2005 as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, in the sum of Four Hundred and Thirty Five Thousand Dollars ($435,000.00) together with interest thereon from the date of the security.

This Motion is brought pursuant to Federal Rule of Civil Procedure 65.1 and on the ground that the Court entered judgment in the above-entitled action on March 2, 2006 pursuant to Federal Rule of Civil Procedure 68 against Blue Dolphin Charters Ltd. and Terrry Donnelly and in favor of Matthew Isham and that the judgment is final.

Dated: Redondo Beach, California, March 3rd, 2006.

LESSER & ASSOCIATES, PLC

/s/ Steven M. McGuire
STEVEN M. McGUIRE
Attorneys for Claimants/Respondents
and Plaintiffs MATTHEW ISHAM, individually
and as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM