Richard A. Lesser - #5832
Steven M. McGuire, *Pro Hac Vice*
LESSER & ASSOCIATES, PLC
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK<br>) [3 Consolidated Cases]<br>)<br>) NOTICE OF ACCEPTANCE OF BLUE<br>) DOLPHIN CHARTER LTD AND TERRY<br>) DONNELLY'S AMENDED OFFER TO<br>) ALLOW MONEY JUDGEMENT TO BE<br>) TAKEN AGAINST LIMITATION<br>) PLAINTIFF/DEFENDANT BLUE<br>) DOLPHIN CHARTERS LTD. AND<br>) LIMITATION PLAINTIFF TERRY<br>) DONNELLY IN FAVOR OF<br>) PLAINTIFF/LIMITATION CLAIMANT<br>) MATTHEW ISHAM INDIVIDUALLY,<br>) PURSUANT TO RULE 68 OF THE<br>) FEDERAL RULES OF CIVIL<br>) PROCEDURE; DECLARATION OF<br>) RICHARD A. LESSER; CERTIFICATE<br>) OF SERVICE |

EXHIBIT " L "

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2

NOTICE OF ACCEPTANCE OF BLUE DOLPHIN CHARTERS LTD
AND TERRY DONNELLY'S AMENDED OFFER TO ALLOW MONEY
JUDGEMENT TO BE TAKEN AGAINST LIMITATION
PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD
AND LIMITATION PLAINTIFF TERRY DONNELLY,
IN FAVOR OF PLAINTIFF/LIMITATION CLAIMANT
MATTHEW ISHAM, INDIVIDUALLY, PURSUANT TO
RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW MATTHEW ISHAM, INDIVIDUALLY, Plaintiff and Limitation Claimant in the above entitled action and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby gives notice of his acceptance of the Amended Offer of Judgment made by Blue Dolphin Charters, Ltd and Terry Donnelly.

This notice is given on the basis of the attached Declaration of Counsel and the Original Amended Offer to Allow Money Judgement to be Taken against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd. and Limitation Plaintiff Terry Donnelly, in Favor of Matthew Isham, Individually, attached hereto, the file and record in this case, and Rule 68 of the Federal Rules of Civil Procedure.

Dated: Redondo Beach, California  February 21, 2006.

                      LESSER & ASSOCIATES, PLC


                      /s/ Steven M. McGuire
                      STEVEN M. McGUIRE
                      Attorneys for Claimants/Respondents
                      and Plaintiffs MATTHEW ISHAM, individually
                      and as Guardian ad Litem for, HAYDEN ISHAM,
                      a minor and ROXANNE BEST ISHAM

C:\Cases\Isham\Isham Acceptance re FRCP 68 Offer.wpd

Richard A. Lesser - #5832
Steven McGuire *pro hac vice*
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK [3 Consolidated Cases] DECLARATION OF RICHARD A. LESSER |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, ) ) ) ) ) ) | CIVIL NO.: CV 04 00559 HG-BMK |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, ) ) ) ) ) ) | |
| Defendants. ) ) | |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, ) ) ) ) ) ) ) | CIVIL NO.: CV 04 00570 HG-BMK |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., ) ) ) ) ) | |
| Defendants. ) ) | |

<u>DECLARATION OF RICHARD A. LESSER</u>

2

RICHARD A. LESSER, hereby declares pursuant to 28 USC sec. 1746 as follows:

1. I am an attorney duly admitted to practice before this Court and am Counsel of record for Plaintiffs and Limitation Claimants MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor, and ROXANNE BEST ISHAM herein.

2. I make this declaration in support of the NOTICE OF ACCEPTANCE OF BLUE DOLPHIN CHARTERS LTD,AND TERRY DONNELLYS AMENDED OFFER TO ALLOW MONEY JUDGEMENT TO BE TAKEN AGAINST LIMITATION PLAINTIFF /DEFENDANT BLUE DOLPHIN CHARTERS, LTD. AND LIMITATION PLAINTIFF TERRY DONNELLY IN FAVOR OF PLAINTIFF/LIMITATION CLAIMANT MATTHEW ISHAM, INDIVIDUALLY, PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

The signed copy of this offer accompanies this Notice and Declaration.

3. Prior to this offer and its acceptance, extended settlement negotiations were conducted between the parties, including an all day mediation on February 6, 2006, involving these parties and ROYAL MARINE INSURANCE GROUP, Cross-Defendant as to BLUE DOLPHIN CHARTERS LTD AND TERRENCE DONNELLY in CIV No. 05-00251 DAE LEK, as to coverage issues and

insurer/broker responsibilities arising from these underlying cases. Also, on February 9, 2006, the parties met in chambers with Magistrate Judge Barry M. Kurren to discuss the specific elements of the underlying case, including special and general damages, the limitation action and it's infirmities, contribution by Plaintiff/Claimant Isham and possible defenses, as well as possible percentages of liability of third parties, and arrived at the settlement amount set forth in the Rule 68 Offer made by Blue Dolphin Charters, Ltd, and Terry Donnelly as a non-collusive and inclusive damage figure that was well within the range of a reasonable settlement pursuant to the guidelines set forth by the Court. The settlement agreement and its terms, including the amount and the reasons therefor, were discussed again last week in open court on February 13, 2006, in the presence of counsel for Royal Marine, as well as insurance appointed counsel for Blue Dolphin Charters, Ltd, Randy Baldomor, who was also present in chambers on February 9. .

    4. The subject amended offer and acceptance are incorporated into a complete settlement as between the Isham plaintiffs/Claimants on the one hand, and Blue Dolphin Charters, Ltd and Terry Donnelly on the other.

EXECUTED UNDER PENALTY OF PERJURY THIS 18TH DAY OF FEBRUARY, 2006 AT REDONDO BEACH, CALIFORNIA.

Richard A. Lesser

5

## Joy M. Clemente

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, February 21, 2006 1:47 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-00037-HG-BMK Blue Dolphin Charter, et al v. "Notice of Acceptance with Offer of Judgment" |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Blue |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from McGuire, Steven entered on 2/21/2006 at 1:45 PM HST and filed on 2/21/2006

**Case Name:** Blue Dolphin Charter, et al v.
**Case Number:** 1:05-cv-37
**Filer:** Matthew Isham
**Document Number:** 195

**Docket Text:**
NOTICE of Acceptance with Offer of Judgment by Matthew Isham (Attachments: # (1) Affidavit Richard A. Lesser)(McGuire, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/21/2006] [FileNumber=35085-0]
[2f8d47ac67b865acbde29b3ca2bb1d888f50195a26b5b723646113c028fd1825b1038
37333170dc4ce9886ff4506cfa66ac5527027fd375d9d203a167ddde83c]]
**Document description:** Affidavit Richard A. Lesser
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/21/2006] [FileNumber=35085-1]
[aca69f383292512b3fbfe192d93b100c3591b8ffce4a12528269a0bc5adf4f1bc8a34
c51b0876bff28fc505b1cd9f017e863e24dda02f2e33a2af37e8f08e14e]]

**1:05-cv-37 Notice will be electronically mailed to:**

Randy L.M. Baldemor     rbaldemor@goodsill.com, cmuraoka@goodsill.com;

2/22/2006

lsugamoto@goodsill.com; jhyuen@goodsill.com

Harold G. Hoppe hoppea001@hawaii.rr.com

Richard A. Lesser rick@divelaw.com, lizardbrane@aol.com

Steven M. McGuire mcguire@divelaw.com

Jonathan Harry Steiner steiner@m4law.com

**1:05-cv-37 Notice will be delivered by other means to:**

Michele N. Bass
Lesser & Associates
Pacific Guardian Ctr Mauka Twr
737 Bishop St Ste 2730
Honolulu, HI 96813

Evelyn J. Black
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

John R. Hillsman
McGuinn Hillsman & Palefsky
535 Pacific Ave
San Francisco, CA 94133

John R. Lacy
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

2/22/2006