IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD., AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO.: CV05-00037 HG BMK (Consolidated)<br><br>CERTIFICATE OF SERVICE |
| MATTHEN ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, ) ) ) ) ) | CIVIL NO. 04-00559 HG-BMK |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1-50, ) ) ) ) ) | |
| Defendants. ) ) ) | |
| DENNIS CLAYPOOL, SHERYL CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, ) ) ) ) ) ) ) | CIVIL NO. 04-00570 HG-BMK |
| Plaintiffs, ) | |

135079.1

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| CAPTAIN ANDY'S SAILING INC., | ) |
| BLUE DOLPHIN CHARTERS, LTD. | ) |
| AND BLUE DOLPHIN DIVING, | ) |
| LTD. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties on this date as indicated below:

|  | Electronically Through CM/ECF | U.S. Mail |
|---|---|---|
| HAROLD G. HOPPE, ESQ.<br>Pacific Guardian Center,<br>American Savings Bank Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, Hawaii 96813 | Hoppea001<br>@hawaii.rr.com |  |
| and |  |  |
| JOHN HILLSMAN, ESQ.<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Avenue<br>San Francisco, CA 94133<br><br>Attorneys for DENNIS CLAYPOOL,<br>SHERYL CLAYPOOL, KRISTIN<br>CLAYPOOL and SCOTT CLAYPOOL |  | (X) |

135079.1                                           2

RICHARD LESSER, ESQ.                                                          (X)
MICHELLE NELSON BASS, ESQ.
STEVEN M. McGUIRE, ESQ.
Lesser & Associates
1 Pearl Street
Redondo Beach, CA 90277

Attorneys for Claimants/Respondents
MATTHEW ISHAM, ROXANNE
BEST ISHAM and HAYDEN ISHAM

ROBERT MILLER, ESQ.                                                           (X)
Dillingham Transportation Building
735 Bishop Street, PH 500
Honolulu, Hawaii 96813

Attorney for Defendant
 BLUE DOLPHIN CHARTERS, LTD.

JOHN R. LACY, ESQ.                          rbaldemor@           (X)
EVELYN J. BLACK, ESQ.                       goodsill.com
RANDOLF L.M. BALDEMOR, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
Honolulu, Hawaii 96813

Attorneys for Limitation
Plaintiff/Defendant BLUE DOLPHIN
CHARTERS, LTD. and Limitation
Plaintiff TERRY DONNELLY

DATED:  Honolulu, Hawaii, March 30, 2006.


                                    /s/ Jonathan H. Steiner
                                    JONATHAN H. STEINER

                                    Attorney for Interested Party
                                    LEXINGTON INSURANCE COMPANY

135079.1                            3