HAROLD G. HOPPE, #5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI 96813
Tel.: (808) 528-1903
Fax: (808) 531-3860

JOHN R. HILLSMAN, #71220
McGuinn, Hillsman & Palefsky
535 Pacific Ave.
San Francisco, CA 94133
Tel.: (415) 421-9292
Fax: (415) 403-0202

Attorneys for the Claypool Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>NOTICE OF WAIVER AND RELEASE OF INTEREST IN BOND |

Exhibit 1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, <br><br> Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, <br><br> Plaintiffs, <br><br> vs. <br><br> CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., <br><br> Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WAIVER AND
## RELEASE OF INTEREST IN BOND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that limitation claimants Dennis L. Claypool, individually and as Guardian Ad Litem for Kristen Claypool, a minor, Sheryl Claypool, Scott Claypool and Kristen Claypool, hereby and forever waive, release and discharge any and all right, title, interest and claim against the bond filed by Blue Dolphin Charters, Ltd. and posted by American Home Assurance Company in the above-entitled action.

Dated: April 3, 2006

McGUINN, HILLSMAN & PALEFSKY

/s/ John R. Hillsman
John R. Hillsman
Attorneys for Limitation Claimants

F:\CLIENTS - ACTIVE\Claypool\Settlement Agreements\Claypools Notice of Bond Release.wpd