# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 17, 2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:** CV. 04-00559HG-BMK    CV. 04-00570HG-BMK    CV. 05-00037HG-BMK

**CASE NAME:** MATTHEW ISHAM, et al. vs. BLUE DOLPHIN CHARTERS, LTD., et al.

DENNIS CLAYPOOL, et al. vs. CAPTAIN ANDY'S SAILING, INC., et al.

In the Matter of the Complaint of Blue Dolphin Charters, Ltd., etc., for Exoneration from and/or Limitation of Liability

**ATTYS FOR PLA:** Richard A. Lesser
Attorney for Ishams

John R. Hillsman via telephone
Attorney for Claypools

**ATTYS FOR DEFT:** Jonathan H. Steiner
Attorney for Surety American Home Assurance Co. and Lexington Insurance Co.

Randy Baldemor
Attorney for Blue Dolphin Charters, Ltd. And Terry Donnelly

**INTERPRETER:**

---

**JUDGE:** Helen Gillmor       **REPORTER:** Stephen Platt

**DATE:** April 17, 2006       **TIME:** 10:30 - 10:40

---

**COURT ACTION:** MATTHEW ISHAM'S MOTION FOR JUDGMENT ENFORCING LIABILITY ON BOND -
Arguments held.  The motion is GRANTED.
Mr. Lesser shall submit an order within 10 days.

Submitted by: David H. Hisashima, Courtroom Manager