

HAROLD G. HOPPE        5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI   96813
Telephone:    (808) 528-1903
Facsimile:    (808) 531-3860

JOHN R. HILLSMAN        71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA   94133
Telephone:    (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at o'clock and min. M
SUE BEITIA, CLERK

CV 04-559 HG-BMK
#168

CV 05-37 HG-BMK
#209

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>        Plaintiffs,<br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>        Defendants. | Civil No. CV04 00570 HG- BMK  #159<br><br>**CLAYPOOL PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT**<br><br>*IN CAMERA SUBMISSION FILED UNDER SEAL PURSUANT TO L.R. 10.2(f).*<br><br>Accompanying Documents:<br>1.   Memorandum of Points and Authorities<br>2.   Declarations of John R. Hillsman, Anna Lopez, Jerry Porter, Jody Jeffrey, Susan Morse; Telly Rivenbaugh, Russell Petrini)<br>3.   Exhibits 1 through 23<br>4.   Certificate of Compliance<br>5.   Certificate of Service |

CLAYPOOL PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT

UNSEALED BY ORDER OF THE COURT
DATE:   6/9/06

ORIGINAL

SEALED
BY ORDER OF THE COURT

1

5.

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>           Plaintiffs,<br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>           Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE PARTIES HERETO AND TO THEIR COUNSEL OF RECORD:

      NOTICE IS HEREBY GIVEN that on a date determined to be suitable by the

Court, Plaintiffs DENNIS, SHERYL, SCOTT AND KRISTEN CLAYPOOL

(hereinafter referred to as "the Claypool Plaintiffs") will move the Court for an order confirming that the Rule 68 judgment entered into is in good faith.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Declaration of John R. Hillsman, and upon such oral and documentary evidence as may be presented at the hearing of this matter.

Dated: April 5, 2006

        LAW OFFICE OF HAROLD G. HOPPE
        McGUINN, HILLSMAN & PALEFSKY
        Attorneys for the CLAYPOOL Plaintiffs

        By: _____
              JOHN R. HILLSMAN



HAROLD G. HOPPE  5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:   (808) 528-1903
Facsimile:    (808) 531-3860

JOHN R. HILLSMAN  71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Telephone:   (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>　　　　　　　Defendants. | Civil No. CV04 00570 HG- BMK<br><br>**CERTIFICATE OF SERVICE OF MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT** |

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>        Plaintiffs,<br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>        Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I HEREBY CERTIFY that on the date last written below, I served a true and correct copy of the foregoing documents on the following as indicated below:

CERTIFICATE OF SERVICE OF CLAYPOOL PLAINTIFFS'
MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT                                    2

| | | |
|---|---|---|
| 1st Class<br>U.S. Mail | John R. Lacy<br>Evelyn J. Black<br>Randy L.M. Baldemor<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place<br>1099 Alakea St. Suite 1800<br>Honolulu, HI 96813 | Blue Dolphin<br>Charters |
| 1st Class<br>U.S. Mail | Robert Miller<br>Law Offices of Robert Miller<br>735 Bishop St., Suite 500<br>Honolulu, HI 96813 | Blue Dolphin<br>Charters, Inc. |
| 1st Class<br>U.S. Mail | Stephen C. Smith<br>Carlsmith Ball LLP<br>ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813 | Markel Insurance |

Dated: April 5, 2006

LAW OFFICES OF HAROLD G. HOPPE
McGUINN, HILLSMAN & PALEFSKY
Attorneys for the Claypool Plaintiffs

By: _____
JOHN R. HILLSMAN

CERTIFICATE OF SERVICE OF CLAYPOOL PLAINTIFFS'
MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT                          3