1

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor, ROXANNE BEST ISHAM, | ) | Civil No. CV04-00559 ACK BMK (In Admiralty) |
| | ) | DEPOSITION OF MATTHEW ISHAM May 3, 2005 9:00 a.m. |
| Plaintiffs, | ) | |
| vs. | ) | |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., | ) | |
| Defendants. | ) | |
| DENNIS CLAYPOOL, SHERYL CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL | ) | Civil No. CV04-00570 ACK KSC |
| Plaintiffs, | ) | |
| vs. | ) | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., | ) | |
| Defendants. | ) | |
| CAPTAIN ANDY'S SAILING, INC., | ) | |
| Third-Party Plaintiff, | ) | |
| vs. | ) | |
| MATTHEW ISHAM, | ) | |
| Third-Party Defendant. | ) | |

-continued-

EXHIBIT 8

PACIFIC REPORTING SERVICES UNLIMITED
(808) 524-PRSU

```
                         -continued-

In the Matter of                  ) Civil No. CV05-00017 HG LEK
The Complaint of CAPTAIN          )
ANDY'S SAILING, INC., a Hawaii    )
corporation, as pro hac vice      )
owner, and EVANS PACIFIC, LTD,    )
a Hawaii corporation, as owner    )
of M/V SPIRIT OF KAUAI, O.N.      )
995776, for exoneration from      )
or limitation of liability.       )
_____)
In the Matter of                  ) Civil No. CV05-00037 HG/BMK
THE COMPLAINT OF BLUE DOLPHIN     )
CHARTERS, LTD. AND TERRY          )
DONNELLY AS OWNERS OF THE         )
VESSEL M/V BLUE DOLPHIN, O/N      )
1082213, for exoneration from     )
and/or limitation of              )
Liability.                        )
_____)
```

DEPOSITION OF MATTHEW ISHAM

Taken on behalf of Defendant Captain Andy's Sailing, Inc. at Pacific Guardian Center, Conference Room B for use by Pacific Reporting Services Unlimited, Suite 1470, Makai Tower, 733 Bishop Street, Honolulu, Hawaii, commencing at 9:00 a.m. on May 3, 2005, pursuant to Notice.

Transcribed by:   WILLIAM T. BARTON, RPR, CSR #391
                  Court Reporter, State of Hawaii

PACIFIC REPORTING SERVICES UNLIMITED
Suite 1470, Makai Tower
733 Bishop Street
Honolulu, Hawaii 96813
(808) 524-PRSU

```
 1            MR. HUITT:  I need to understand the question, as
 2   well.
 3            MR. FORMBY:  You placed your objection and
 4   instructed him not to answer.
 5            MR. LESSER:  I'm not going to join in that
 6   instruction.
 7            MR. FORMBY:  Thank you.
 8   BY MR. FORMBY:
 9       Q.   Mr. Isham, previously you testified as to --
10            MR. LESSER:  But I'm going to object to the
11   question as vague and ambiguous.
12            MR. FORMBY:  Fine.  Thank you.
13   BY MR. FORMBY:
14       Q.   Previously, you testified that you have a normal
15   dive you conduct at Mokol'e Reef, correct?
16       A.   Yes.
17       Q.   And you said it was approximately 130, 140 feet
18   from the mooring line, the mooring anchor?
19       A.   The maximum distance, yes, sir.
20       Q.   So previously, on those estimated ten occasions
21   when you had vessels pass overhead and you did testify that
22   you have, correct?  Had vessels passed overhead of you?
23       A.   Yes, sir.
24       Q.   On those ten estimated occasions, has it been
25   within the 130 to 140 feet of the mooring anchor at Mokol'e
```

1  Reef?

2     A.  Yes.  Most of the times when I've had boats go

3  over my head, it's been around the moorings, boats were

4  searching for mooring balls.  That is most of the times

5  I've had them come close to me, yes, sir.

6     Q.  Did you have a dive computer with you on July 20,

7  2004?

8     A.  No, sir.

9     Q.  Did the PADI program have something referred to

10 as a "buddy system"?

11    A.  Yes, sir.

12    Q.  What is the buddy system?

13    A.  If you're a certified diver, you should dive --

14 you need to dive with another certified diver.

15    Q.  Does the buddy system apply to uncertified divers

16 in the Discover Scuba program?

17    A.  Could you say the question again?

18    Q.  To your knowledge, does the buddy system apply to

19 uncertified divers in the Discover Scuba diving program?

20    A.  To my knowledge, I'm their buddy.

21    Q.  So on July 20, 2004, you would have been Dennis

22 Claypool's buddy, correct?

23    A.  Yes, sir.

24    Q.  Is there a standard safe distance between

25 buddies under the PADI program, if you know?

```
 1                          CERTIFICATE

 2   STATE OF HAWAII      )

 3                        )   SS.

 4   COUNTY OF HONOLULU   )

 5       I, WILLIAM T. BARTON, RPR, Certified Shorthand

 6   Reporter, State of Hawaii, do hereby certify that on May 3,

 7   2005 at 9:00 a.m. there appeared before me MATTHEW ISHAM,

 8   the witness whose deposition is contained herein; and that

 9   prior to being examined was duly sworn; that I am neither

10   counsel for any of the parties herein, nor interested in

11   any way in the outcome of this action;

12       That the deposition herein was by me taken down in

13   machine shorthand and thereafter reduced to print via

14   computer-aided transcription under my supervision; that the

15   foregoing represents a complete and accurate transcript of

16   the testimony of said witness to the best of my ability.

17       Dated this 12th day of May 2005 at Honolulu, Hawaii.

18

19   _____

20   WILLIAM T. BARTON, CSR No. 391

21   Notary Public, State of Hawaii

22   My Commission expires August 7, 2005
```