UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually )<br>and as Guardian Ad Litem for )<br>KRISTEN CLAYPOOL, a minor, )<br>SHERYL CLAYPOOL, SCOTT )<br>CLAYPOOL, and KRISTEN CLAYPOOL) | Civil No. CV04 00570 ACK KSC<br><br>DEPOSITION OF<br>DAVID WOOLLEY<br>March 29, 2005 |

```
DENNIS CLAYPOOL, individually )Civil No. CV04 00570 ACK KSC
and as Guardian Ad Litem for )
KRISTEN CLAYPOOL, a minor,    ) DEPOSITION OF
SHERYL CLAYPOOL, SCOTT        ) DAVID WOOLLEY
CLAYPOOL, and KRISTEN CLAYPOOL) March 29, 2005
              Plaintiffs,     ) 1:30 p.m.
                              )
     vs.                      )
                              )
CAPTAIN ANDY'S SAILING, INC., )
BLUE DOLPHIN CHARTERS, LTD.   )
and BLUE DOLPHIN DIVING, INC.,)
                              )
              Defendants.     )
_____)
MATTHEW ISHAM, individually   )Civil No. CV04-00559 ACK KSC
and as Guardian Ad Litem for  )
HAYDEN ISHAM, a minor,        )
ROXANNE BEST ISHAM,           )
                              )
              Plaintiffs,     )
                              )
     vs.                      )
                              )
BLUE DOLPHIN CHARTERS, LTD.   )
and BLUE DOLPHIN DIVING, LTD.,)
CAPTAIN ANDY'S SAILING, INC., )
                              )
              Defendants.     )
_____)
In the Matter of             )Civil No. CV05-00017 HG LEK
The Complaint of CAPTAIN      )
ANDY'S SAILING, INC., a Hawaii)
corporation, as pro hac vice  )
owner, and EVANS PACIFIC, LTD,)
a Hawaii corporation, as owner)
of M/V SPIRIT OF KAUAI, O.N.  )
995776, for exoneration from  )
or limitation of liability.   )
_____)
                    -continued-
```

EXHIBIT _____ 9

-continued-

IN THE MATTER OF THE COMPLAINT ) Civil No. CV05-00037 HG BMK
OF THE BLUE DOLPHIN CHARTERS, )
LTD. AND TERRY DONNELLY AS )
OWNERS OF THE VESSEL M/V BLUE )
DOLPHIN, O/N 1082212, FOR )
EXONERATION FROM AND/OR )
LIMITATION OF LIABILITY. )
_____ )

DEPOSITION OF DAVID WOOLLEY

Taken on behalf of Plaintiffs Dennis Claypool, individually
and as guardian ad litem for Kristen Claypool, a minor,
Sheryl Claypool, Scott Claypool, and Kristen Claypool at
Pacific Guardian Center, Conference Room B for use by
Pacific Reporting Services Unlimited, Suite 1470, Makai
Tower, 733 Bishop Street, Honolulu, Hawaii, commencing at
1:30 p.m. on March 29, 2005, pursuant to Notice.

Transcribed by:  WILLIAM T. BARTON, RPR, CSR #391
                 Court Reporter, State of Hawaii

PACIFIC REPORTING SERVICES UNLIMITED
Suite 1470, Makai Tower
733 Bishop Street
Honolulu, Hawaii 96813
(808) 524-PRSU

1    know?

2         A.    I met her at the hospital.

3         Q.    How about his daughter, Kristen?

4         A.    Yes.

5         Q.    And his son, Scott?

6         A.    Yes.

7         Q.    Did Scott accompany you over to the Pride of

8    Aloha?

9         A.    Yes.

10        Q.    Now, have you spoken with Dennis Claypool at any

11   time since the accident?

12        A.    No.

13        Q.    How about with Scott Claypool?

14        A.    No.

15        Q.    How about with Cheryl?

16        A.    No.

17        Q.    How about with Kristen?

18        A.    No.

19        Q.    Have any of the Claypools ever suggested by word

20   or deed that they felt that Dennis Claypool was in any way

21   responsible for what happened?

22        A.    No.

23        Q.    Do you know Matt Isham?  He's not here.  I was

24   pointing to his attorney.

25        A.    I know who he is now.

1     Q.    Was Mr. Isham in the group?

2     A.    Yes.

3     Q.    Could you see blood in the water?

4     A.    Yes.

5     Q.    How badly did Mr. Claypool seem to be injured?

6     A.    Seemed to be injured pretty bad.

7     Q.    What injury caused you the most concern?

8     A.    Well, he was the first injury that I saw.  And it

9  appeared that his arm was really badly damaged.  I got him

10 up on board.  But Mr. Isham was my major concern, because

11 he was instructing us to prepare a tourniquet, as he knew

12 that he had lost a limb or was losing blood, lost blood in

13 the water.

14    Q.    I know that counsel asked you about Mr. Isham.

15 Let me ask you about Mr. Claypool.  I apologize for this,

16 but this is my only opportunity to do so, and it's my

17 obligation.

18          Which of Mr. Claypool's arms was injured, as you

19 recall events?

20    A.    I don't recall.

21    Q.    Left?  Right?

22    A.    I can't tell you.  I can't tell you.

23    Q.    The injury, as you observed it to his arm, what

24 did it appear to be?

25    A.    It appeared to be a really deep, deep cut in the

1   upper -- I believe it was upper area, up in here.

2          Q.    The bicep?

3          A.    Yes.

4          Q.    Was it cut to the bone?

5          A.    It appeared to be.

6          Q.    Was it bleeding profusely?

7          A.    Yes.

8          Q.    Did he also have a wound to his forehead?

9          A.    I don't recall.

10         Q.    Do you recall any wounds other than the dramatic

11  one on his arm?

12         A.    No.   The dramatic one I was the most concerned

13  with.

14         Q.    Did somebody apply a tourniquet to that?

15         A.    First tried to direct pressure on that one.

16         Q.    Did that succeed?

17         A.    That did not succeed.

18         Q.    Who tried that?

19         A.    That was a guy named --

20         Q.    Was it Mr. Trout?

21         A.    I believe it might have been, yeah.   Who is that?

22  Is that the --

23         Q.    The kayaker?

24         A.    The kayaker, I believe it was, yeah.

25         Q.    Who was first aboard the vessel between

1        A.    I'd say probably 30 or 40 minutes.

2        Q.    During that period of time --

3        A.    30 minutes.

4        Q.    -- did you actually identify the diver whose arm

5    was injured as Dennis Claypool?

6        A.    Yes.

7        Q.    Did you realize that the divers had come from the

8    Blue Dolphin?

9        A.    Yes.

10       Q.    Did you contact the Blue Dolphin to tell them

11   that you had Mr. Claypool aboard?

12       A.    Yes.

13       Q.    You identified Dennis Claypool to the skipper of

14   the Blue Dolphin --

15       A.    Actually, I did not contact the Blue Dolphin.  I

16   was calling the Pride of Aloha at the time.  And our crew

17   was getting the ladders up and attending to the victims.

18   And we instructed the -- their water safety guy, the kayak

19   guy, to let their captain know that we were heading out

20   to -- we were leaving.  We weren't sticking around.

21       Q.    Who besides Mr. Claypool and his son, Scott, and

22   Mr. Isham took the trip out to the Pride of Aloha?  I don't

23   mean your passengers.  I mean which Blue Dolphin

24   passengers.

25       A.    I don't believe there were any crew members.

1    Q.   You sent Mr. Trout back to the Blue Dolphin?

2    A.   Yes.

3    Q.   So --

4    A.   Because he had, the daughter was the other diver,

5  I believe. And he was taking her back to the boat.

6    Q.   Okay. At any point before discharging

7  Mr. Claypool at the Pride of Aloha, did you ever radio the

8  Blue Dolphin to advise them who you had aboard, and who was

9  injured?

10    A.   I believe I did.

11    Q.   Do you remember doing that over the radio?

12    A.   I believe I tried to get ahold of them. I

13  believe I didn't get an answer back.

14    Q.   And you called them on which channel?

15    A.   Channel 16.

16    Q.   16, I gather, is reserved for Coast Guard or

17  emergency use, typically?

18    A.   Yes. Everybody monitors Channel 16 while they're

19  out there.

20    Q.   After you get somebody's attention on Channel 16

21  for nonemergency, they transfer you to another channel?

22    A.   Yes.

23    Q.   13? 12?

24    A.   Most companies use 10.

25    Q.   But all of your communications about this

1       A.    From Na Pali.

2       Q.    Was she north of your position?

3       A.    I don't know.

4       Q.    Was she able to help in any way?

5       A.    No.

6       Q.    How about the Akialoa?  Was she able to help in

7   any way?

8       A.    No.

9       Q.    All right.  How about the Blue Dolphin?  Was the

10  Blue Dolphin able to assist in any way in the rescue?

11      A.    I never heard from them.

12      Q.    And they never responded to your calls?

13      A.    No.

14      Q.    The Coast Guard, what did they instruct you to

15  do?

16      A.    They wanted to know the nature of the injuries.

17  And they wanted to know if they could -- they wanted to

18  know what I was going to do.  And I told them what I was

19  going to do.  I made contact with the Pride of Aloha.

20      Q.    Who initially hailed the Pride of Aloha?

21      A.    I did.

22      Q.    And were you able to get through to them right

23  away?

24      A.    Yes.

25      Q.    On 16?

1   speak over the cell phone about this incident?

2       A.   I don't know if I talked with anybody on the cell

3   phone.

4       Q.   During the 30 or 40 minutes that you had

5   Mr. Claypool aboard, between the time you picked him up and

6   discharged him at the Pride of Aloha, did he appear to be

7   in pain?

8       A.   Yeah.

9       Q.   Severe pain, was he not?

10      A.   Yes.

11      Q.   Do you recall his complaining that the tourniquet

12  was hurting a lot?

13      A.   No.

14      Q.   Were you able to do anything for his pain, other

15  than apply the tourniquet?

16      A.   No.

17      Q.   You couldn't -- you didn't have any morphine or

18  any painkillers aboard?

19      A.   No.

20      Q.   When you got to the Pride of Aloha, how far

21  offshore was she?

22      A.   I would say half a mile, maybe a mile.   Probably

23  a mile.

24      Q.   During that 30 or 40 minute trip, were you

25  concerned that the wounds from the two divers you took

1    aboard may be mortal?

2        A.    Yes.

3        Q.    You wanted to get there as quickly as possible?

4        A.    Yes.

5        Q.    The wounds were bad enough that you thought

6    unless you got them right away, they could be fatal?

7        A.    Yes.

8        Q.    When you got to the Pride of Aloha, was she

9    anchored or lying to or underway?

10       A.    She was lying to.

11       Q.    And when you say "lying to," in other words, she

12   wasn't moored, she had just come to a stop, come to a halt?

13       A.    She had come to as much of a halt as she could.

14       Q.    What were the seas like out there?

15       A.    They were moderate.  No whitecaps or anything

16   like that.

17       Q.    Was there a swell?

18       A.    Did have a little bit of -- not swell, more of a

19   boat wake from the boat not coming to a complete stop.

20       Q.    When I use the phrase "rolling moment" or

21   "pitching moment" or "heaving moment," do you know what I'm

22   talking about?

23       A.    Yes.

24       Q.    The Pride of Aloha, how big is that vessel?

25       A.    I don't know.  600 feet?

```
 1                        CERTIFICATE

 2   STATE OF HAWAII        )

 3                          )   SS.

 4   COUNTY OF HONOLULU   )

 5        I, WILLIAM T. BARTON, RPR, Certified Shorthand

 6   Reporter, State of Hawaii, do hereby certify that on March

 7   29, 2005 at 1:30 p.m. there appeared before me DAVID

 8   WOOLLEY, the witness whose deposition is contained herein;

 9   and that prior to being examined was duly sworn; that I am

10   neither counsel for any of the parties herein, nor

11   interested in any way in the outcome of this action;

12        That the deposition herein was by me taken down in

13   machine shorthand and thereafter reduced to print via

14   computer-aided transcription under my supervision; that the

15   foregoing represents a complete and accurate transcript of

16   the testimony of said witness to the best of my ability.

17        Dated this 7th day of April 2005 at Honolulu, Hawaii.

18        _____

19             WILLIAM T. BARTON, CSR No. 391

20             Notary Public, State of Hawaii

21             My Commission expires August 7, 2005

22

23

24

25
```