Claypool v. Blue Dolphin Charters

Report of Patrick F. Kennedy, Ph.D.

February 21, 2006

## I.    Introduction:

1.    I was retained by counsel for Mr. Dennis Claypool to evaluate the loss of income to Mr. Claypool associated with the incident on July 20, 2004. The purpose of this report is to disclose my expert opinions regarding Mr. Claypool's economic loss to the parties and the Court in accordance with Federal Court Rule 26(a)(2)(B). This report summarizes my opinions given information available to me at this time. If I receive additional information relevant to Mr. Claypool's claimed economic loss, I will file a supplemental economic loss report to complete my analysis and opinion. If necessary, I will also respond to defendant's retained damages expert's loss analysis.

## II.    Professional Background and Experience:

2.    I am an economist and Shareholder with Mack|Barclay Inc. I hold a bachelor's degree in economics from the University of California, San Diego and a doctorate in economics from Stanford University. My professional experience includes many economic loss analysis projects within and outside of the litigation environment. Specifically, I have calculated economic losses in a number of matters involving wrongful death claims and personal injury claims. My curriculum vita, which summarizes my professional and educational background, is attached at Exhibit "A."

3.    Attached at Exhibit "B" is a list of my deposition, arbitration and trial testimony for the past four years. My rate for analysis and testimony is $350 per hour. Other professionals in my office who have worked on this matter have billing rates of $210 per hour.

REPORT OF PATRICK F. KENNEDY, PH.D.

EXHIBIT _____16_____

III.    <u>Materials Subject to Review:</u>

4.    In connection with my continuing review and analysis I have obtained materials and information summarized at the attached Exhibit "C."

IV.    <u>Economic Loss Analysis:</u>

5.    Based on the information provided to me at this time, I have determined that Mr. Claypool's past and future economic loss, expressed in present cash value and adjusted for income taxes, is between approximately $910,450 and $1,202,147. A summary of my analysis is attached at Exhibit "D."

6.    The range of damages is based on two alternatives for Mr. Claypool's earnings "but-for" his injury.

**But-For Earnings Basis – Historical Earnings:**

7.    At the time of the incident on July 20, 2004, Mr. Claypool was employed as an insurance salesman for Prudential Insurance. His annualized gross earnings were $151,842 in 2004. His gross earnings were reduced for business expenses, including the salary of his assistant, utilities, office expenses, postage, and other expenses to arrive at net income. His projected net income for 2004 was $78,654 after deducting the above-referenced business expenses. His but-for net income for 2005 and 2006 was increased using actual and projected increases in the Employment Cost Index for Insurance & Real Estate and the Consumer Price Index. His projected net income is $79,867 for 2005, and $81,167 for 2006.

8.    As an employee of Prudential Insurance, Mr. Claypool was entitled to a 3% match on his contributions to 401k. I have included, as an additional component of damages, 3% of the projected gross earnings in each alternative.

**But-For Earnings Basis – Additional Growth:**

9.    I am informed by Mr. Claypool that he had planned a significant

2

REPORT OF PATRICK F. KENNEDY, PH.D.

marketing effort to acquire new business at the time of the incident. Based on past experience in new business generation efforts, he estimates that his annual gross income would have increased by approximately $40,000 to $60,000. In order to achieve the higher annual income from new business, he would have incurred additional annual advertising expenses of approximately $15,000 to $20,000. Mr. Claypool's resulting projected net income with the additional advertising efforts would have been $105,028, in 2004 dollars. Projected net income for 2005 would be $107,354 and $109,716 in 2006. Mr. Claypool asserts that, due to the injury, he no longer has the capacity to accommodate the additional business activity.

**Offset Earnings Basis:**

10. Mr. Claypool returned to work on February 11, 2005, approximately seven months after the injury. During his absence from work, he was unable to service his existing book of business. After his return to work he was able to partially mitigate his losses through renewal business from a portion of his pre-injury book of business. Through December 31, 2005, Mr. Claypool earned gross wages of $98,094. After deducting business expenses, his net income for the 2005 was $36,283. Future annual offset earnings were projected based on his average weekly income for the portion of 2005 that he was able to work. His projected net income for the full year 2006 is $51,924. I included a 3% of gross income 401k match as an additional offset to damages.

11. All income is adjusted for federal, state and Social Security taxes. The figures presented in my summary of damages are net of the impact of all of these taxes.

**Period of loss:**

12. Loss of income and benefits and offset income and benefits are calculated from the date of injury, July 20, 2004, through Mr. Claypool's statistical worklife expectancy at July 24, 2018 when he is age 64.62.

REPORT OF PATRICK F. KENNEDY, PH.D.

**Additional Expenses – Rental Properties:**

13.    At the time of the incident, Mr. Claypool owned three rental properties. Due to his injury, he has been unable to perform the normal maintenance and repairs that the properties have required and has had to pay for outside labor services. In addition, he has provided one of his tenants with a $400 per month rent concession as compensation for helping with maintenance and repairs. Total out of pocket expenses incurred between July 20, 2004 and March 1, 2006 is $25,495. As of March 1, 2006 future annual additional expenses are estimated at $15,000 per year.

I am informed that Mr. Claypool planned to keep the rental properties as long as possible. I have projected a loss of these additional expenses through Mr. Claypool's full-functional life expectancy at November 23, 2029 when he is age 75.96.

**Future Care Costs:**

14.    According to Dr. Duncan, Mr. Claypool's treating physician, he will require additional surgeries over the next 2 years. The global expenses for all future treatments are $125,000. He will also require 2-3 visits per year for follow-up treatment of his injury. Dr. Duncan estimates this ongoing treatment at $725 in additional expenses per year.

I have calculated the additional surgeries over the next two years. I have calculated the additional expense of office visits through Mr. Claypool's statistical life expectancy at October 14, 2032 when he is age 78.85.

**Household Services:**

15.    The final component of damages is the loss of household services suffered by Mr. Claypool as a result of his injury. Per Mr. Claypool, he has incurred out of pocket expenses for a sprinkler system, a salt system, lawn maintenance and pool maintenance. In addition, I estimated that he has lost the capacity to perform 10 hours of household services per week, 50 weeks per year. I projected a loss of household

REPORT OF PATRICK F. KENNEDY, PH.D.

1  services through Mr. Claypool's full-functional life expectancy at November 23, 2029
2  when he is age 75.96.

3

4  ### V.    Net Discount Rate:

5         16.    From the date of the injury, July 20, 2004, through March 1, 2006, I
6  discounted all components of damages back to the date of injury at a net discount rate
7  of 3.31 percent.    That rate represents a tax-adjusted average return on 5-year US
8  Treasury securities.

9         17.    For the period from March 1, 2006 forward, I applied a tax-adjusted
10  net discount rate of 2.0 percent to reduce Mr. Claypool's projected future loss of income
11  and benefits, and his offset income and benefits.  I arrived at a net discount rate of 2
12  percent by comparing average tax-adjusted yields on intermediate-term U.S. Treasury
13  Notes to average historical wage growth, inflation, wage and interest rate data.  The
14  projected net discount rate also accounts for the time period of loss in this case.

15         18.    I applied a tax-adjusted net discount rate of 3.0 percent to reduce
16  projected future additional rental property expenses and loss of household services to
17  present cash value.  I arrived at a net discount rate of 3.0 percent by comparing average
18  tax-adjusted yields on intermediate-term U.S. Treasury Notes to inflation and interest
19  rate data.  The projected net discount rate also accounts for the time period of loss in
20  this case.

21         19.    I applied a tax-adjusted net discount rate of -1.0 percent to reduce
22  projected future surgery costs to present cash.  I arrived at a net discount rate of -1.0
23  percent by comparing tax-adjusted average yields on intermediate-term US Treasury
24  securities to average historical medical care cost growth, inflation and interest rate data.
25  I applied a tax-adjusted net discount rate of 1.75 percent to reduce projected future
26  medical office visits to present cash value.  I arrived at a net discount rate of 1.75
27  percent by comparing the average yields on intermediate-term US Treasury securities to
28  average historical medical care cost growth, inflation and interest rate data.  The

1    projected net discount rates also accounts for the time period of loss in this case.

2

3    **VI.**    **Pre-Judgment Interest:**

4        20.    I have calculated pre-judgment interest on all components of damages

5    from the date of the injury on July 20, 2004 through March 1, 2006.  The pre-judgment

6    interest was calculated at the statutory rate of 7%.

7

8    **VII.**    **Conclusion:**

9        18.    It is my opinion that the economic damages suffered by Mr. Claypool

10    as a result of his injury on July 20, 2004, stated in present cash value and adjusted for

11    the impact of income taxes, range from $910,450 to $1,202,147.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPORT OF PATRICK F. KENNEDY, PH.D.

1       I declare under penalty of perjury under the law of the United States of

2 America and the State of California that the foregoing is true and correct to the best of

3 my belief and that this report was signed on February 21, 2006 at San Diego, California.

4

5 MACK|BARCLAY INC.

6

7 _____

8 Patrick F. Kennedy, Ph.D.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPORT OF PATRICK F. KENNEDY, PH.D.

**EXHIBIT A**



# MACK|BARCLAY INC.

## PATRICK F. KENNEDY, PH.D.
### SHAREHOLDER

CARY P. MACK
JD, CPA, CFE

CHRISTOPHER R. BARCLAY
MA, CPA, CIRA, ASA

PATRICK F. KENNEDY
PH.D.

MICHAEL R. BANDEMER
CPA, CMA, CITP, EnCE

LAURA FUCHS DOLAN
MBA

BRIAN J. BERGMARK
MBA, CPA, ABV, ASA

STACY ELLEDGE CHIANG
CPA, CIRA

HEATHER H. XITCO
MBA, CPA

PROFESSIONAL RESPONSIBILITIES:

Provides research, consultation, and opinions in business and dispute contexts including discovery assistance, causation analysis, damage quantification analysis, and testimony.    Engagements also include economic impact reports, budget/program review, and financial analysis for public and private entities.

PROFESSIONAL EXPERIENCE:

Mack|Barclay Inc. - Shareholder (1996 - Present)
International Securities Group, Inc. - Director of Economic Research (1995 - 1996)
Board of Governors of the Federal Reserve System, Washington, D.C. - Economist
(1992 - 1995)

EDUCATION:

Stanford University, Doctorate in Economics (1992):
    Awarded Stanford University Fellowship, Bradley Foundation Dissertation
    Fellowship, and Outstanding Teaching Award.

University of California, San Diego, Bachelor of Arts in Economics (1986):
    Summa Cum Laude graduate.   Recipient of various awards including UC
    Regents Scholarship, Muir College Valedictorian, Phi Beta Kappa, and the
    Seymour E. Harris Economics Award.

Recipient of the Federal Reserve Board's Cash Award merit Program for economic
    analysis conducted for Vice-Chairman Alan Blinder.

MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS:

American Economic Association
National Association for Business Economics
National Association for Forensic Economics
Registered Securities Representative and Registered Principal (NASD Series 7, 24
    and 63 - currently inactive)
Licensing Executive Society

——— CERTIFIED PUBLIC ACCOUNTANTS, ECONOMISTS & TECHNOLOGY CONSULTANTS ———

SAN DIEGO OFFICE
EMERALD PLAZA
402 WEST BROADWAY, NINTH FLOOR
SAN DIEGO, CA 92101
PHONE: 619-687-0001  FAX: 619-687-0002

ORANGE COUNTY OFFICE
PLAZA TOWER
600 ANTON BOULEVARD, SUITE 1350
COSTA MESA, CA 92626
PHONE: 714-662-0800  FAX: 714-662-0801

www.mackbarclay.com

**EXHIBIT B**



**Patrick F. Kennedy, Ph.D.**

Deposition, Mediation, Arbitration and Trial Testimony

Page 1 of 5

| Date | Case Name | Venue | Testimony |
|------|-----------|-------|-----------|
| 02/17/06 | National Union v. SDI | LA Superior | Deposition |
| 02/15/06 | Puentes v. Wells Fargo Home Loans | SD Superior | Declaration |
| 02/03/06 | Art Attacks Ink v. MGA Entertainment | Federal Court | Deposition |
| 01/11/06 | Phoenix Logistics v. EDO RSS | Arbitration | Arbitration |
| 12/29/05 | Sprang v. College Loan Corporation | SD Superior | Deposition |
| 12/09/05 | Art Attacks Ink v. MGA Entertainment | Federal Court | Report |
| 12/06/05 | Fechtig v. Sea Pacific | Federal Court | Trial |
| 11/14/05 | Art Attacks Ink v. MGA Entertainment | SD Superior | Report |
| 11/02/05 | Marriage of Ricci | SD Superior | Declaration |
| 11/01/05 | George Yardley Co. v. Johnson Controls | Arbitration | Trial |
| 10/31/05 | Cortez v. Pool Well Services Company | LA Superior | Trial |
| 10/28/05 | PS Investments v. Tuchscher Devel. Enterprises | Riverside Superior | Deposition |
| 10/27/05 | Kalianov v. Dept. of Health & Human Svcs. | Federal Court | Report |
| 10/26/05 | Brown v. Dept. of Health & Human Svcs. | Federal Court | Report |
| 10/25/05 | George Yardley Co. v. Johnson Controls | Arbitration | Deposition |
| 10/18/05 | Phoenix Logistics v. EDO RSS | Arbitration | Deposition |
| 10/17/05 | Phoenix Logistics v. EDO RSS | Arbitration | Report |
| 10/11/05 | Miller v. Collectors Universe | SD Superior | Deposition |
| 10/10/05 | Cortez v. Pool Well Services Company | OC Superior | Deposition |
| 10/10/05 | Kuderna v. State Farm | SD Superior | Deposition |
| 10/07/05 | George Yardley Co. v. Johnson Controls | Arbitration | Report |
| 10/07/05 | Zimmer Dental v. Niznick | Arbitration | Arbitration |
| 09/15/05 | Zimmer Dental v. Niznick | SD Superior | Deposition |
| 09/01/05 | NOS Communications v. Sprint | LA Superior | Declaration |
| 08/26/05 | Butler, Robinson, et al. v. Bell Helicopter | LA Superior | Deposition |
| 08/22/05 | Zimmer Dental v. Niznick | Arbitration | Report |
| 08/22/05 | NOS Communications v. Sprint | LA Superior | Declaration |
| 08/19/05 | Phoenix Logistics v. EDO RSS | Arbitration | Report |
| 08/18/05 | Fechtig v. Sea Pacific | Federal Court | Report |
| 08/12/05 | National Union v. SDI | LA Superior | Deposition |
| 07/19/05 | Yates v. Kahikolu, Ltd. | Hawaii Superior | Report |
| 06/17/05 | Sinoti v. F/V Cape Elizabeth | Federal Court | Report |
| 06/17/05 | Fierro v. Chase Manhattan | SD Superior | Declaration |
| 06/16/05 | NNWS, Inc. v. Hughes Network Systems, Inc. | SD Superior | Trial |
| 05/27/05 | Yates v. Kahikolu, Ltd. | Hawaii Superior | Report |
| 05/26/05 | Cherebin v. Tradition Mariner, Inc. | Federal Court | Report |
| 05/18/05 | Sellars v. Manson Construction | Long Beach Superior | Deposition |
| 05/12/05 | Fire Insurance Exchange v. Braun | SD Superior | Deposition |
| 04/29/05 | NOS Communications v. Sprint | LA Superior | Trial |
| 04/27/05 | Tapuolo v. Cape Elizabeth | Federal Court | Report |
| 04/27/05 | Carvache v. Cape Breton | Federal Court | Report |
| 04/26/05 | NOS Communications v. Sprint | LA Superior | Deposition |
| 04/25/05 | Poundris v. Allstate Cellular | SD Superior | Trial |



**Patrick F. Kennedy, Ph.D.**
Deposition, Mediation, Arbitration and Trial Testimony
Page 2 of 5

| Date | Case Name | Venue | Testimony |
|------|-----------|-------|-----------|
| 04/22/05 | NNWS, Inc. v. Hughes Network Systems, Inc. | SD Superior | Deposition |
| 04/22/05 | Brown v. Dept. of Health & Human Svcs. | Federal Court | Report |
| 04/21/05 | Sortor v. The Lincoln Company | Utah Superior | Report |
| 04/12/05 | NOS Communications v. Sprint | LA Superior | Deposition |
| 04/08/05 | Tri/Sam Development v. Wohn | LA Superior | Trial |
| 03/31/05 | Poundris v. Allstate Cellular | SD Superior | Deposition |
| 03/30/05 | Wiley v. Dept. of Health & Human Svcs. | Federal Court | Report |
| 03/21/05 | Brown v. Dept. of Health & Human Svcs. | Federal Court | Hearing |
| 03/04/05 | ASAT Holdings v. Motorola, Inc. | Federal Court | Report |
| 02/17/05 | Jordan Insurance v. Hjortnaes | San Bernardino Superior | Deposition |
| 02/03/05 | California Splendor, Inc. v. Ropak Corp. | SD Superior | Declaration |
| 01/31/05 | Cherebin v. Tradition Mariner, Inc. | Federal Court | Report |
| 01/25/05 | Real Legends v. When It Was A Game | SD Superior | Trial |
| 01/24/05 | Brown v. Dept. of Health & Human Svcs. | Federal Court | Declaration |
| 01/10/05 | Barlin v. Predicate Logic | SD Superior | Deposition |
| 12/15/04 | Real Legends v. When It Was A Game | SD Superior | Deposition |
| 12/15/04 | Wiley v. Dept. of Health & Human Svcs. | Federal Court | Report |
| 11/18/04 | Yardley v. Johnson Controls | SD Superior | Report |
| 11/18/04 | Saehan Media America, Inc. v. KNH-21, Inc. | SD Superior | Deposition |
| 11/17/04 | Mani v. Qualmag, Inc. | SD Superior | Trial |
| 11/03/04 | Mani v. Qualmag, Inc. | SD Superior | Trial |
| 10/25/04 | Dickson v. Dwight | Arbitration | Arbitration |
| 10/22/04 | Mani v. Qualmag, Inc. | SD Superior | Deposition |
| 10/21/04 | Real Legends v. When It Was A Game | SD Superior | Declaration |
| 10/18/04 | Adkins v. Washington Mutual Bank | SD Superior | Deposition |
| 10/08/04 | Talk-To-Dealers.com v. LivePerson.com | Orange County Superior | Declaration |
| 10/05/04 | Reager v. First Union Securities, Inc. | Arbitration | Arbitration |
| 10/01/04 | Adkins v. Washington Mutual Bank | SD Superior | Declaration |
| 09/16/04 | QR Spex v. Motorola | Federal Court | Report |
| 08/23/04 | Graphic Communications v. Grande Foods | LA Superior | Deposition |
| 08/23/04 | QR Spex v. Motorola | Federal Court | Report |
| 08/19/04 | Real Legends v. When It Was A Game | SD Superior | Declaration |
| 08/11/04 | The Retirement Grp. v. LINSCO/Private Ledger | SD Superior | Trial |
| 07/22/04 | Rankin v. Applause, LLC | SD Superior | Declaration |
| 07/16/04 | Furman v. Interinsurance Exchange | Arbitration | Deposition |
| 07/15/04 | In Re: Hauser, Inc. | Bankruptcy Court | Report |
| 07/09/04 | Scheuring v. Trailor Brothers, Inc. | Federal Court | Report |
| 07/08/04 | Luis Salinas v. S/V Jeannine | Federal Court | Deposition |
| 07/08/04 | Roberto Salinas v. Tri Marine | Federal Court | Deposition |
| 07/07/04 | Rankin v. Applause, LLC | SD Superior | Declaration |
| 07/01/04 | Barnes v. Connolly-Pacific Company | Federal Court | Trial |
| 06/22/04 | Mani v. Qualmag, Inc. | SD Superior | Deposition |
| 06/11/04 | Roberto Salinas v. Tri Marine | Federal Court | Report |

Patrick F. Kennedy, Ph.D.
Deposition, Mediation, Arbitration and Trial Testimony
Page 3 of 5

| Date | Case Name | Venue | Testimony |
|---|---|---|---|
| 06/08/04 | Reager v. First Union Securities, Inc. | Arbitration | Report |
| 06/03/04 | Jeffries v. Dept. of Health & Human Svcs. | Federal Court | Report |
| 05/27/04 | Luis Salinas v. S/V Jeannine | Federal Court | Report |
| 05/25/04 | Wickersham v. Manson Construction Co. | Federal Court | Trial |
| 05/24/04 | Neichin v. Interinsurance Exchange | Arbitration | Deposition |
| 05/19/04 | Father Joe's Villages v. Road One | Arbitration | Arbitration |
| 05/17/04 | Father Joe's Villages v. Road One | Arbitration | Arbitration |
| 04/28/04 | Annett v. EuroDesign Cabinets, Inc. | SD Superior | Declaration |
| 04/26/04 | Mancinelli v. Siewak | SD Superior | Trial |
| 04/14/04 | Game World v. Olhausen Billiard Mfg. | Federal Court | Report |
| 04/12/04 | Jackson v. Ajax Boilers, Inc. | SD Superior | Deposition |
| 04/08/04 | Wickersham v. Manson Construction Co. | Federal Court | Deposition |
| 04/07/04 | Game World v. Olhausen Billiard Mfg. | Federal Court | Report |
| 04/01/04 | Mancinelli v. Siewak | SD Superior | Deposition |
| 03/31/04 | Barnes v. Connolly-Pacific Company | Federal Court | Report |
| 03/29/04 | Rodriguez v. Legacy Fishing Company | Federal Court | Deposition |
| 03/29/04 | Wickersham v. Manson Construction Co. | Federal Court | Report |
| 03/05/04 | Martinez v. Davis | El Centro Superior | Trial |
| 01/23/04 | Parades v. Star-Kist Foods, Inc. | Federal Court | Report |
| 01/06/04 | FMD Medikal v. Johnson & Johnson | Arbitration | Arbitration |
| 11/12/03 | Jones v. Bob Baker Ford | SD Superior | Trial |
| 11/10/03 | Geist v. Washington Mutual Bank | Arbitration | Arbitration |
| 11/03/03 | Geist v. Washington Mutual Bank | Arbitration | Deposition |
| 10/27/03 | In Re: Daewoo Motor of America | Bankruptcy Court | Trial |
| 10/17/03 | The Retirement Grp. v. LINSCO/Private Ledger | SD Superior | Deposition |
| 10/09/03 | Jones v. Bob Baker Ford | SD Superior | Deposition |
| 10/08/03 | River Colony v. Bay View Financial Trading Co. | SD Superior | Deposition |
| 10/03/03 | Parades v. Star-Kist Foods, Inc. | Federal Court | Report |
| 10/02/03 | In Re: Daewoo Motor of America | Bankruptcy Court | Hearing |
| 10/01/03 | Stone v. Misoni | SD Superior | Trial |
| 09/30/03 | Morandarte v. Star-Kist Foods, Inc. | Federal Court | Report |
| 09/25/03 | FMD Medikal v. Johnson & Johnson | Arbitration | Deposition |
| 09/22/03 | In Re: Daewoo Motor of America | Bankruptcy Court | Deposition |
| 09/12/03 | Rodriquez v. Legacy Fishing Company | Federal Court | Report |
| 09/11/03 | In Re: Daewoo Motor of America | Bankruptcy Court | Report |
| 09/04/03 | Garcia v. Star-Kist Foods, Inc. | SD Superior | Report |
| 09/04/03 | Ross v. Richmond | SD Superior | Trial |
| 08/27/03 | Solari v. American Ship Management | Federal Court | Report |
| 08/25/03 | Stone v. Misoni | SD Superior | Deposition |
| 08/18/03 | O'Neill Farming v. Mutual Svc. Casualty Ins. | Fresno Superior | Deposition |
| 07/23/03 | Adams Design Grp. v. Innovative Resort Comm. | SD Superior | Deposition |
| 07/07/03 | Giles v. City of San Diego | SD Superior | Trial |
| 06/19/03 | Lyon v. Manson Construction Company | Federal Court | Report |




**Patrick F. Kennedy, Ph.D.**

Deposition, Mediation, Arbitration and Trial Testimony

Page 4 of 5

| Date | Case Name | Venue | Testimony |
|------|-----------|-------|-----------|
| 06/12/03 | Arreguin v. Texaco, Inc. | Federal Court | Report |
| 06/02/03 | Vuagniaux v. West Hampton Cove HOA | SD Superior | Deposition |
| 05/30/03 | McIntosh v. Curley | Orange County Superior | Deposition |
| 05/29/03 | Audiocare, Inc. v. Miracle Ear | SD Superior | Trial |
| 05/05/03 | Park v. Cytodyne Technology, Inc. | SD Superior | Trial |
| 04/30/03 | Giles v. City of San Diego | SD Superior | Deposition |
| 04/29/03 | Alves v. The Koorale | Federal Court | Report |
| 04/10/03 | Park v. Cytodyne Technology, Inc. | SD Superior | Trial |
| 03/28/03 | Salvino, Inc. v. MLBA, Inc. | Federal Court | Deposition |
| 03/26/03 | Rothmel v. Allstate Insurance Company | LA Superior | Trial |
| 03/24/03 | Father Joe's Villages v. Road One | Arbitration | Deposition |
| 03/21/03 | Park v. Cytodyne Technology, Inc. | SD Superior | Deposition |
| 03/18/03 | Rothmel v. Allstate Insurance Company | LA Superior | Trial |
| 03/13/03 | Arreguin v. Texaco, Inc. | Federal Court | Report |
| 03/13/03 | Audiocare, Inc. v. Miracle Ear | SD Superior | Deposition |
| 02/27/03 | Salvino, Inc. v. MLBA, Inc. | Federal Court | Report |
| 02/20/03 | Martinez v. Davis | El Centro Superior | Deposition |
| 02/07/03 | DeBrum v. M&F Fishing Company | Federal Court | Report |
| 02/05/03 | Navarro v. Bondex International, Inc. | SD Superior | Deposition |
| 01/23/03 | DeBrum v. M&F Fishing Company | Federal Court | Report |
| 01/02/03 | Rothmel v. Allstate Insurance Company | LA Superior | Deposition |
| 12/20/02 | Greenberg v. E.P. Management Services | LA Superior | Declaration |
| 12/20/02 | York v. Dunmore Homes | Nevada Superior | Declaration |
| 12/16/02 | Battrick v. Prudential Overall Supply | Orange County Superior | Deposition |
| 12/06/02 | River Colony v. Bay View Financial Trading Co. | SD Superior | Report |
| 12/02/02 | Alves v. The Koorale | Federal Court | Declaration |
| 11/20/02 | Hoebeck v. Franks | SD Superior | Deposition |
| 11/15/02 | Molecular Probes v. TEF Labs | Federal Court | Report |
| 10/30/02 | Albany Travel Company v. Orbitz, LLC | Federal Court | Declaration |
| 10/24/02 | Anderson v. Atlas Turner, Inc. | SD Superior | Deposition |
| 10/23/02 | Rhoades v. Chevron Stations, Inc. | SD Superior | Deposition |
| 10/18/02 | Hendriksen v. Metabolife International | SD Superior | Deposition |
| 08/28/02 | Wotila v. Peak | SD Superior | Deposition |
| 08/26/02 | Centennial Insurance Co. v. Lee Roofing | SD Superior | Trial |
| 08/15/02 | Centennial Insurance Co. v. Lee Roofing | SD Superior | Deposition |
| 07/23/02 | Tuchscher Devel. v. Lennar Devel. | SD Superior | Deposition |
| 07/23/02 | Tuchscher Devel. v. Lennar Devel. | SD Superior | Trial |
| 06/17/02 | Aviation Upgrade v. The Boeing Company | Federal Court | Deposition |
| 06/14/02 | Medical Management Concepts v. Digirad | Federal Court | Deposition |
| 06/07/02 | Tuchscher Devel. v. Lennar Devel. | SD Superior | Deposition |
| 05/28/02 | Brauch v. Bondex International, Inc. | LA Superior | Deposition |
| 05/15/02 | Medical Management Concepts v. Digirad | Federal Court | Report |
| 04/26/02 | Dunnum, M.D. v. Eastman | Federal Court | Deposition |



**Patrick F. Kennedy, Ph.D.**
Deposition, Mediation, Arbitration and Trial Testimony
Page 5 of 5

| Date | Case Name | Venue | Testimony |
|------|-----------|-------|-----------|
| 04/18/02 | Hinkle v. Sky West Airlines | SD Superior | Trial |
| 04/11/02 | Daniels v. Century-National Insurance Co. | Arbitration | Arbitration |
| 03/20/02 | Bierlich v. Soco-Lynch Corporation | LA Superior | Trial |
| 03/19/02 | Canos v. CostCo | SD Superior | Deposition |
| 03/07/02 | Daniels v. Century-National Insurance Co. | Arbitration | Deposition |
| 02/15/02 | Dunnum, M.D. v. Eastman | Federal Court | Report |
| 02/01/02 | River Colony v. Chicago Title Insurance Co. | SD Superior | Deposition |
| 01/14/02 | Capstone Mortgage v. Sterling Bank & Trust | Maricopa Superior | Deposition |

**EXHIBIT C**

Claypool v. Blue Dolphin Charters
Exhibit C – Documents Reviewed

      The following is a summary of materials and information that I have obtained in connection with my continuing review and analysis:

1. Employment records from Prudential Insurance including Form W-2 for 2002 through 2005 and weekly Account Summary Statements April 2, 2004 through June 18, 2004 and April 1, 2005 through December 30, 2005.

2. Federal and Arizona income tax returns for Dennis and Cheryl Claypool, 1999-2004.

3. Employment records for Cheryl Claypool from Mesa Unified School District and Maricopa Community Colleges.

4. May 18, 2005 letter from Dr. Duncan.

5. Out of pocket expense receipts related to additional expenses for rental properties.

6. Out of pocket expense receipts related to household services.

7. Economic data compiled by the Bureau of Labor Statistics, Department of Health and Human Services, Federal Reserve Board, United States Census Bureau, Internal Revenue Service and other governmental agencies regarding life expectancy, worklife expectancy, wage growth, inflation, income taxes and interest rates.

In addition to this information, I have had telephone conversations with Mr. Dennis Claypool where he provided information to me.

**EXHIBIT D**

Claypool v. Blue Dolphin Charters
Summary of Potential Economic Loss in Present Value - With Advertising Campaign
Through Worklife Expectancy
As of March 1, 2006

DRAFT

| | | |
|---|---|---:|
| Loss of Earnings & Benefits | $ | 1,180,665 |
| Offset Earnings & Benefits | | (576,475) |
| Additional Rental Expenses | | 295,326 |
| Future Care Costs | | 149,535 |
| Loss of Household Services | | 153,096 |
| **Total Economic Loss** | $ | **1,202,147** |
| **TOTAL POTENTIAL ECONOMIC LOSS** | $ | **1,202,147** |

Analysis excludes:
Past out of pocket medical expenses.
Future time off work due to additional surgeries.
Any medical expenses for Mrs. Claypool.

**Claypool v. Blue Dolphin Charters**
Summary of Potential Economic Loss in Present Value - Without Advertising Campaign
Through Worklife Expectancy
As of March 1, 2006

DRAFT

| | | |
|---|---|---:|
| Loss of Earnings & Benefits | $ | 888,968 |
| Offset Earnings & Benefits | | (576,475) |
| Additional Rental Expenses | | 295,326 |
| Future Care Costs | | 149,535 |
| Loss of Household Services | | 153,096 |
| Total Economic Loss | $ | 910,450 |
| TOTAL POTENTIAL ECONOMIC LOSS | $ | 910,450 |

Analysis excludes:
Past out of pocket medical expenses.
Future time off work due to additional surgeries.
Any medical expenses for Mrs. Claypool.

## Claypool v. Blue Dolphin Charters
Census Data                                                                                                          **DRAFT**

*Dennis Claypool*

|  |  | Date | Age | Years |
|---|---|---|---|---|
| Date of Birth | per Plaintiff | 12/08/53 | | |
| Date of Incident | per Plaintiff | 07/20/04 | 50.61 | |
| Date of Valuation | | 03/01/06 | 52.23 | 1.62 |

|  | To Date | To Age | As of DOV |
|---|---|---|---|
| Statistical Life Expectancy | 10/14/32 | 78.85 | 26.62 |
| Full Functional Life Expectancy | 11/23/29 | 75.96 | 23.73 |
| Statistical Worklife Expectancy | 07/24/18 | 64.62 | 12.39 |
| Age 65 | 12/08/18 | 65.00 | 12.77 |
| Age 70 | 12/08/23 | 70.00 | 17.77 |

Calculations:

| Age |  |  | 52.00 | 53.00 | 52.23 |
|---|---|---|---|---|---|
| LE[1] | | B1-1 | 26.80 | 26.00 | 26.62 |
| FFLE[2] | | B2-2 | 23.89 | 23.21 | 23.73 |
| WLE[3] - Richards | (College) | B3-2 | 12.40 | 11.60 | 12.22 |
| WLE[4] - Millimet | (College) | B3-5 | 12.57 | 11.77 | 12.39 |
| WLE[5] - Ciecka | (College) | B3-6 | 12.74 | 11.94 | 12.56 |
| | | | | Average WLE: | 12.39 |

Sources:

[1]  United States Life Tables, 2002, National Vital Statistics Reports, Vol. 53, No. 6, November 10, 2004.

[2]  Life Tables Males & Females: United States, 2001, National Vital Statistics Reports, Vol. 52, No. 14, February 18, 2004.

Worklife expectancy based on males with a college education (Per Plaintiff).

[3]  Richards, Estimating Worklife Expectancies, By Sex, Race, Hispanic Origin, and Education, 1999.

[4]  Millimet, Estimating Worklife Expectancy: An Econometric Approach, By Gender and Education, 2001.

[5]  Gary Skoog & James Ciecka, "The Markov (Increment-Decrement) Model of Labor Force Activity," Journal of Legal Economics, vol. 11, no. 1, 2001.

# Claypool v. Blue Dolphin Charters

Schedule IA: Loss of Earnings and Benefits - Prudential

DRAFT

| Period | Years | Annual Taxable Earnings | Tax Rate | Annual Tax | 401(k) Match 3% | Total Annual Basis | NDR | Present Value |
|---|---|---|---|---|---|---|---|---|
| 07/20/04 - 01/01/05 | 0.00 - 0.45 | $ 78,654 | 24% | (18,877) | $ 4,555 | $ 64,332 | 3.31% | $ 28,696 |
| 01/01/05 - 01/01/06 | 0.45 - 1.45 | 79,867 | 22% | (17,571) | 4,663 | 66,959 | 3.31% | 64,803 |
| 01/01/06 - 03/01/06 | 1.45 - 1.61 | 81,167 | 23% | (18,668) | 4,773 | 67,272 | 3.31% | 10,219 |
| 03/01/06 - 07/07/09 | 1.61 - 4.96 | 81,167 | 23% | (18,668) | 4,773 | 67,272 | 2.00% | 206,514 |
| 07/07/09 - 03/11/11 | 4.96 - 6.64 | 81,167 | 23% | (18,668) | 4,773 | 67,272 | 2.00% | 98,475 |
| 03/11/11 - 07/24/18 | 6.64 - 14.01 | 81,167 | 24% | (19,480) | 4,773 | 66,460 | 2.00% | 390,222 WLE |

TOTAL NET PRESENT VALUE AS OF 07/20/04 THROUGH WLE    $ 798,929

Pre-Judgment Interest Calculation:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/20/04 - 03/01/06 | 0.00 - 1.61 | $ | | 798,929 | 7% | | | $ 888,968 |

Notes:

Discount rate from date of injury to date of valuation represents the average interest rate on a 5-year Treasury bond. Pre-Judgment Interest statutory rate of 7%.

Incident occurred 7/20/04. At the time of the injury, plaintiff was employed as an insurance salesman for Prudential.

Net income at the time of the incident was $78,654. Estimate 2005 net income of $79,867 (JC).

Had a 3% employer 401(k) match at Prudential. Has not lost any other fringe benefits.

Employer matches 3% of gross earnings as reported on Form 1099. Gross earnings, before expenses, for 2004 are $151,842,
gross earnings for 2005 are $155,425 and gross earnings for 2006 are $159,093 (JC).

# Claypool v. Blue Dolphin Charters

## Schedule IB:  Loss of Earnings and Benefits - Prudential - With Advertising Campaign

DRAFT

| Period | | Years | Annual Taxable Earnings | Tax Rate | Annual Tax | 401(k) Match 3% | Total Annual Basis | NDR | Present Value |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/04 - | 01/01/05 | 0.00 - 0.45 | $ 105,028 | 27% | $ (28,357) | $ 6,055 | $ 82,726 | 3.31% | $ 36,900 |
| 01/01/05 - | 01/01/06 | 0.45 - 1.45 | 107,354 | 24% | (25,765) | 6,198 | 87,787 | 3.31% | 84,960 |
| 01/01/06 - | 03/01/06 | 1.45 - 1.61 | 109,716 | 24% | (26,332) | 6,344 | 89,728 | 3.31% | 13,630 |
| 03/01/06 - | 07/07/09 | 1.61 - 4.96 | 109,716 | 24% | (26,332) | 6,344 | 89,728 | 2.00% | 275,450 |
| 07/07/09 - | 03/11/11 | 4.96 - 6.64 | 109,716 | 25% | (27,429) | 6,344 | 88,631 | 2.00% | 129,741 |
| 03/11/11 - | 07/24/18 | 6.64 - 14.01 | 109,716 | 25% | (27,429) | 6,344 | 88,631 | 2.00% | 520,400 WLE |

### TOTAL NET PRESENT VALUE AS OF 07/20/04 THROUGH WLE          $ 1,061,081

### Pre-Judgment Interest Calculation:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/04 - | 03/01/06 | 0.00 - 1.61 | $ | | 1,061,081 | 7% | | | $ 1,180,665 |

Notes:
Discount rate from date of injury to date of valuation represents the average interest rate on a 5-year Treasury bond.  Pre-Judgment Interest statutory rate of 7%.
Incident occurred 7/20/04.  At the time of the injury, plaintiff was employed as an insurance salesman for Prudential.
Per plaintiff, at the time of the incident was in an advertising campaign to increase new business, that would likely increase commissions by $40,000 - $60,000/year.
Estimate 2004 net income of $105,028, 2005 net income of $107,354 and 2006 net income of $109,716.
Had a 3% employer 401(k) match at Prudential.  Has not lost any other fringe benefits.
Employer matches 3% of gross earnings as reported on Form 1099.  Gross earnings, before expenses, for 2004 are $201,842,
gross earnings for 2005 are $206,605 and gross earnings for 2006 are $211,481.



Claypool v. Blue Dolphin Charters
Schedule IC:  Loss of Earnings Support

DRAFT

| | Income | | Business Expenses | | | | |
|---|---|---|---|---|---|---|---|
| | | | Year | Expenses | CPI-U | | 2004$ |
| 2003 - Prudential 1099 | $ | 92,401 | 2000 | $ 49,062 | 172.2 | $ | 53,820 |
| 2003 - Prudential W-2 | | 51,664 | 2001 | 63,237 | 177.1 | | 67,450 |
| | | | 2002 | 73,321 | 179.9 | | 76,989 |
| Total 2003 | $ | 144,065 | 2003 | 72,991 | 184.0 | | 74,935 |
| | | | Annualized 2004 | 71,440 [3] | 188.9 | | 71,440 |
| ECI Finance, Insurance & Real Estate 2003-2004 | | 1.83% | Average Business Expenses (2003-2004): | | | $ | 73,188 |
| 2003 in 2004$ | $ | 146,701 | Fixed Expenses | | 75% | $ | 54,891 |
| 2004 - Prudential 1099 | | 156,982 | Variable Expenses | | 25% | | 18,297 |
| Average 2003-2004 | $ | 151,842 | Variable % of Income | | | | 12.1% |
| Less:  Expenses | $ | (73,188) | | | | | |
| Schedule C Net Income Basis: | $ | 78,654 2004$ | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2005 Income | $ | 155,425 | 2.36% [1] | 2006 Income | $ 159,093 | 2.36% [1] |
| Less:  Fixed Expenses | | (56,752) | 3.39% [2] | Less:  Fixed Expenses | (58,676) | 3.39% [2] |
| Less: Variable Expenses | | (18,806) | 12.1% | Less: Variable Expenses | (19,250) | 12.1% |
| Schedule C Net Income Basis: | $ | 79,867 2005$ | | | $  81,167 2006$ | |

After Advertising Campaign:

| | 2004 | | 2005 | 2006 | |
|---|---|---|---|---|---|
| Income | $ | 201,842 [4] | $  206,605 | $  211,481 [1] | |
| Less:  Fixed Expenses | | (54,891) | (56,752) | (58,676) [2] | |
| Less:  Variable Expenses | | (24,423) | (24,999) | (25,589) 12.1% of Income | |
| Less:  Additional Advertising | | (17,500) [5] | (17,500) | (17,500) [5] | |
| Loss Basis: | $ | 105,028 | $  107,354 | $  109,716 | |

[1] ECI Finance, Insurance & Real Estate Growth, 2004-2005 growth (B7-2)

[2] CPI-U, 2004-2005 growth (B8-2)

[3] 2004 1099 earnings of $86,340 through 7/20/04 (E7-6,7, E1-4), or $156,982 annualized.  Only annualize variable expenses.

[4] At the time of injury was in a campaign to increase new business.  Would have resulted
    in an increase to him of $40,000 - $60,000 per year (TC Notes p. 2).

[5] Advertising campaign would cost $15,000 - $20,000 (TC Notes p. 2).

# Claypool v. Blue Dolphin Charters

## Schedule II: Additional Expenses - Rental Properties

DRAFT

| Period | | Years | Annual Expenses | NDR | Present Value |
|---|---|---|---|---|---|
| 07/20/04 - | 03/01/06 | 0.00 - 1.61 | $ 25,495 | 3.31% | $ 24,174 |
| 03/01/06 - | 11/23/29 | 1.61 - 25.34 | 15,000 | 3.00% | 241,240 |

### TOTAL NET PRESENT VALUE AS OF 07/20/04

$ 265,414

### Pre-Judgment Interest Calculation:

| | | | | | |
|---|---|---|---|---|---|
| 07/20/04 - | 03/01/06 | 0.00 - 1.61 | $ 265,414 | 7% | $ 295,326 |

Notes:

Discount rate from date of injury to date of valuation represents the average interest rate on a 5-year Treasury bond. Pre-Judgment Interest statutory rate of 7%.

At the time of the injury, Plaintiff owned 3 rental properties. Due to his injury, he has been unable to do the normal maintenance and repairs that have occurred. He has had to hire other people to do these things that normally he would have done himself. He has also given rent-breaks to one of his tenants for helping with projects.

Plaintiff has totaled his past out of pocket expenses related to the rental properties and prepared a projection of future costs.

Total expenses through date of valuation of $25,495 (B11-0).

Plaintiff estimates annual expenses of $15,000 going forward starting in 2006. Estimate begins date of valuation.

Plaintiff planned to keep the rental properties as long as possible. Estimate loss ends at his full functional life expectancy.

# Claypool v. Blue Dolphin Charters
## Schedule IIIA:  Offset Earnings and Benefits

DRAFT

| Period | | Years | Annual Taxable Earnings | Tax Rate | Annual Tax | 401(k) Match 3% | Total Annual Basis | NDR | Present Value |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/04 - | 01/01/05 | 0.00 - 0.45 | | | | | | 3.31% | |
| 01/01/05 - | 02/11/05 | 0.45 - 0.56 | | | | | | 3.31% | |
| 02/11/05 - | 01/01/06 | 0.56 - 1.45 | $ 36,283 | 14% | (5,080) | $ 2,943 | $ 34,146 | 3.31% | $ 32,548 |
| 01/01/06 - | 03/01/06 | 1.45 - 1.61 | 51,924 | 18% | (9,346) | 3,775 | 46,353 | 3.31% | 7,041 |
| 03/01/06 - | 07/07/09 | 1.61 - 4.96 | 51,924 | 18% | (9,346) | 3,775 | 46,353 | 2.00% | 142,296 |
| 07/07/09 - | 03/11/11 | 4.96 - 6.64 | 51,924 | 19% | (9,866) | 3,775 | 45,833 | 2.00% | 67,092 |
| 03/11/11 - | 07/24/18 | 6.64 - 14.01 | 51,924 | 19% | (9,866) | 3,775 | 45,833 | 2.00% | 269,110 |

**TOTAL NET PRESENT VALUE AS OF 07/20/04 THROUGH WLE**

$ 518,087

**Pre-Judgment Interest Calculation:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/04 - | 03/01/06 | 0.00 - 1.61 | | | | 518,087 | | 7% | $ 576,475 |

Notes:

Discount rate from date of injury to date of valuation represents the average interest rate on a 5-year Treasury bond.  Pre-Judgment Interest statutory rate of 7%.

Returned to work 2/11/05 after the injury, but Prudential has taken away his book of business.  Is in the process of trying to get it back, does

not know if he will.  If he does not regain his book of business, will start over at 50.

Through 12/31/05, gross earnings of $98,094 (E11-12).  Net income through 12/31/05 of $26,283 after business expenses (see Schedule IIB).

Estimate future earnings based on average weekly earnings in 2005 annualized (B10-3) of $122,924 less fixed expenses of $56,752 and

variables expense of 12.1 percent of income, or $14,874.  Total 2005 net offset of $51,298 (IIIB) increased to 20065 is $51,924.

Had a 3% employer 401(k) match at Prudential.  Has not lost any other fringe benefits.  401(k) match is based on gross earnings in 2005 of $98,094

and $125,825 in 2006.

[1] Present value not adjusted for time period, only discounted as a lump sum back to 7/20/04.

**Claypool v. Blue Dolphin Charters**
**IIIB: Offset Earnings Support**

DRAFT

| | Pre-Incident: Prudential - No Advertising | | Post-Incident Earnings | |
|---|---|---|---|---|
| | 2005$ | 2006$ | 2005$ | 2006$ |
| | Sch IC | Sch IC | | |
| Income | $  155,425 | $  159,093 | $  122,924  B10-3 | $  125,825 |
| Fixed Costs | (56,752) | (58,676) | (56,752) | (58,676) |
| Variable Costs (12.1%) | (18,806) | (19,250) | (14,874) | (15,225) |
| Net Income | $  79,867 | $  81,167 | $  51,298 | $  51,924 |

0.88 years

**2/11/05-12/31/05**

| | |
|---|---|
| Actual Earnings | $  98,094 |
| Pro-Rated Fixed Costs | (49,942) |
| Variable Costs (12.1%) | (11,869) |
| Net Income | $  36,283 |



**Claypool v. Blue Dolphin Charters**
**Schedule IV: Future Costs**                                                              **DRAFT**

| Period | Years | Monthly Cost | Annual Cost | NDR | Present Value |
|---|---|---|---|---|---|
| **Future Needs - Surgery** | | | | | |
| 07/20/04 - 03/01/06 | 0.00 - 1.61 | | | 3.31% | |
| 03/01/06 - 03/01/08 | 1.61 - 3.61 | $ 5,208 | $ 62,500 | -1.00% | $ 119,765 |
| | | | | | |
| **Future Needs - Follow-Up** | | | | | |
| 07/20/04 - 03/01/06 | 0.00 - 1.61 | | | 3.31% | |
| 03/01/06 - 10/14/32 | 1.61 - 28.24 | $ 60 | $ 725 | 1.75% | $ 14,624 |

**TOTAL NET PRESENT VALUE AS OF 07/20/04**                             $   134,389

**Pre-Judgment Interest Calculation:**

| | | | | | |
|---|---|---|---|---|---|
| 07/20/04 - | 03/01/06 | 0.00 - 1.61 | 134,389 | 7% | $ 149,535 |

Notes:

Discount rate from date of injury to date of valuation represents the average interest rate on a 5-year Treasury bond.

Pre-Judgement Interest statutory rate of 7%.

Per Dr. Duncan, Mr. Claypool will require additional surgeries over the next 2 years (F1-1). The global

expenses for all future treatments is $125,000. He will also need 2-3 visits per year for follow-up for his injury.

Estimate $725 additional expenses per year (per Dr. Duncan's office).

Per plaintiff, has incurred $1,000 in out of pocket medical expenses to date.

 

Claypool v. Blue Dolphin Charters
Schedule V:  Loss of Household Services and Household Expenses                    DRAFT

| Period | Years | Description | Actual/Annual Annual Cost | NDR | Present Value |
|---|---|---|---|---|---|
| **Out of Pocket Expenses** | | | | | |
| 07/20/04 - 04/01/05 | 0.00 - 0.70 | | | 3.31% | |
| 04/01/05 - 04/01/05 | 0.70 - 0.70 | Salt System | $     2,000 | 3.31% | $     1,954 |
| 07/20/04 - 05/01/05 | 0.00 - 0.78 | | | 3.31% | |
| 05/01/05 - 05/01/05 | 0.78 - 0.78 | Sprinklers | 650 | 3.31% | 633 |
| Subtotal Out of Pocket Expenses | | | | | $     2,587 |
| **Lawn and Pool Service** | | | | | |
| 07/20/04 - 03/01/06 | 0.00 - 1.61 | | $     2,650 | 3.31% | $     4,149 |
| 03/01/06 - 11/23/29 | 1.61 - 25.34 | | 2,650 | 3.00% | 42,619 |
| Subtotal Lawn Services | | | | | $     46,768 |
| **Household Services** | | | | | |
| 07/20/04 - 01/01/05 | 0.00 - 0.45 | | $     4,815 | 3.31% | $     2,148 |
| 01/01/05 - 01/01/06 | 0.45 - 1.45 | | 4,910 | 3.31% | 4,752 |
| 01/01/06 - 03/01/06 | 1.45 - 1.61 | | 5,010 | 3.31% | 761 |
| 03/01/06 - 11/23/29 | 1.61 - 25.34 | | 5,010 | 3.00% | 80,574 |
| Subtotal Household Services | | | | | $     88,235 |
| TOTAL NET PRESENT VALUE AS OF 7/20/04 | | | | | $   137,590 |
| **Pre-Judgment Interest Calculation:** | | | | | |
| 07/20/04 -   03/01/06 | 0.00 - 1.61 | | 137,590 | 7% | $   153,096 |

Notes:

Discount rate from date of injury to date of valuation represents the average interest rate on a 5-year Treasury bond.

Pre-Judgement Interest statutory rate of 7%.

Per plaintiff, he has paid $650 to have his sprinkler system repaired and $2,000 to have a salt system installed in his pool

to eliminate replacement cost for outside maintenance.

Since the injury, he has hired a lawn service at $35 per week (50 weeks per year) and a pool service at $75 per month (12 months

per year).  Total annual cost is $2,650 ((50*$35) + (12*$75))

He estimates he used to do 15-20 hours per week of household services.  Use 10 hours per week, 50 weeks per year.  10 hours per

week excludes lawn care as he now has a lawn service and a pool service (B11-43).

| Year | Hourly Rate | 10 Hrs/Wk | Annual |
|---|---|---|---|
| 2004 | $     9.63 | $     96.30 | $     4,815 |
| 2005 | 9.82 | 98.20 | 4,910 |
| 2006 | 10.02 | 100.20 | 5,010 |