UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil No. CV05-00037 HG BMK |

CERTIFIED COPY

FULL CAPTION CONTINUED ON NEXT PAGE

VIDEOTAPED DEPOSTION OF LYNDA JEAN MITIC

Friday, September 30, 2005

Ellicott City, Maryland

9:32 a.m.

Reported by:
Jacquelyn Continetti Scott
R.P.R

JOB NO. 37991A

EXHIBIT 20



www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100   445 South Figueroa St., Suite 2950
Irvine, CA 92606                Los Angeles, CA 90071
phone 877.955.3855
fax   949.955.3854

SARNOFF
Court Reporters and
Legal Technologies

| | | |
|---|---|---|
| 09:59:22 | 1 | A   Yes. |
| 09:59:22 | 2 | Q   Okay.  Before the accident were you given |
| 09:59:26 | 3 | any reason to suspect that there were scuba divers in |
| 09:59:29 | 4 | the water at Makole? |
| 09:59:34 | 5 | A   No. |
| 09:59:35 | 6 | Q   When you were snorkeling, where did you |
| 09:59:36 | 7 | snorkel?  Were you snorkeling in shore from the |
| 09:59:40 | 8 | anchorage or seaward? |
| 09:59:42 | 9 | A   We were told very specifically by our |
| 09:59:44 | 10 | captain before we got in the water that we were to |
| 09:59:47 | 11 | stay in the water toward the shoreline, that we were |
| 09:59:50 | 12 | not to go in front of the boat, because, as he put it, |
| 09:59:54 | 13 | this is like a highway. |
| 09:59:55 | 14 | Q   Did you abide by that instruction? |
| 09:59:57 | 15 | A   Definitely. |
| 09:59:57 | 16 | Q   And how about your husband, did he? |
| 10:00:00 | 17 | A   Definitely. |
| 10:00:01 | 18 | Q   Generally speaking, did the folks who dove |
| 10:00:03 | 19 | from Akialoa abide the skipper's instruction? |
| 10:00:07 | 20 | A   You know, I was pretty preoccupied with what |
| 10:00:09 | 21 | I was doing, but my impression was that the majority |
| 10:00:12 | 22 | of us had done so.  There was someone on the -- one of |
| 10:00:16 | 23 | the gentlemen who worked on the Akialoa was on a |
| 10:00:20 | 24 | surfboard as I recall, and he was monitoring, and I |
| 10:00:23 | 25 | would assume he steered anybody back that chose to |

23

```
 1        CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2             I, Jacquelyn Continetti Scott, Registered
 3   Professional Reporter, the officer before whom the
 4   foregoing deposition was taken, do hereby certify that
 5   the foregoing transcript is a true and correct record
 6   of the testimony given; that said testimony was taken
 7   by me stenographically and thereafter reduced to
 8   typewriting under my supervision; and that I am
 9   neither counsel for, related to, nor employed by any
10   of the parties to this case and have no interest,
11   financial or otherwise, in its outcome.
12             IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 16th day of
14   October, 2005.
15
16   My commission expires:
17   October 1, 2006
18
19
20   _____
21   NOTARY PUBLIC IN AND FOR
22   THE STATE OF MARYLAND
23
24
25
```

64