UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil No. CV05-00037 HG BMK |

**CERTIFIED COPY**

---

FULL CAPTION CONTINUED ON NEXT PAGE

---

VIDEOTAPED DEPOSTION OF DONALD ROBERT COOK

Friday, September 30, 2005

Ellicott City, Maryland

2:56 p.m

Reported by:
Jacquelyn Continetti Scott
R.P.R

JOB NO. 37991D

EXHIBIT   21



www.sarnoffcourtreporters.com

46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA  92606              Los Angeles, CA  90071

phone  877.955.3855
fax    949.955.3854

**SARNOFF** Court Reporters and Legal Technologies

| | | |
|---|---|---|
| 15:02:45 | 1 | Q    All right.  And I'll warrant to you that |
| 15:02:50 | 2 | previous witnesses have identified the vessel in the |
| 15:02:56 | 3 | foreground of the exhibit you just held up, the one |
| 15:02:56 | 4 | with the X on the hull, as the vessel Blue Dolphin. |
| 15:02:59 | 5 | Do you recall anybody ever telling you that that was |
| 15:03:01 | 6 | the name of that vessel? |
| 15:03:02 | 7 | A    I -- you know, I looked at it because I |
| 15:03:04 | 8 | wanted to book a dive trip with them.  So yes, I |
| 15:03:08 | 9 | remember that I thought, wow, this is really cool, I |
| 15:03:11 | 10 | would love to snorkel -- or not snorkel, but dive in |
| 15:03:15 | 11 | this area, because I'd been on another dive drip in |
| 15:03:21 | 12 | Kauai and there wasn't much reef.  And, you know, they |
| 15:03:24 | 13 | took us out, but it was all pretty much sandy, the big |
| 15:03:28 | 14 | waves had, you know, demolished most of the coral. |
| 15:03:32 | 15 | And I thought this would be a great trip to go on, and |
| 15:03:36 | 16 | then come in that area and be able to snorkel. |
| 15:03:39 | 17 | So yeah, I did see it. |
| 15:03:40 | 18 | Q    Let me ask you this, do you have dive |
| 15:03:41 | 19 | training yourself? |
| 15:03:44 | 20 | A    Yes. |
| 15:03:44 | 21 | Q    Do you hold any sport-diving certificates? |
| 15:03:45 | 22 | A    Yes, I have an open-dive certificate from |
| 15:03:49 | 23 | PADI. |
| 15:03:50 | 24 | Q    From P-A-D-I, PADI? |
| 15:03:52 | 25 | A    Yes. |

13

| | |
|---|---|
| 15:03:53 | 1 |
| 15:03:55 | 2 |
| 15:03:55 | 3 |
| 15:03:58 | 4 |
| 15:04:02 | 5 |
| 15:04:03 | 6 |
| 15:04:07 | 7 |
| 15:04:09 | 8 |
| 15:04:12 | 9 |
| 15:04:14 | 10 |
| 15:04:16 | 11 |
| 15:04:19 | 12 |
| 15:04:23 | 13 |
| 15:04:26 | 14 |
| 15:04:27 | 15 |
| 15:04:30 | 16 |
| 15:04:35 | 17 |
| 15:04:39 | 18 |
| 15:04:41 | 19 |
| 15:04:46 | 20 |
| 15:04:49 | 21 |
| 15:04:52 | 22 |
| 15:04:56 | 23 |
| 15:04:56 | 24 |
| 15:05:01 | 25 |

    Q    When did you receive that open-dive certificate?

    A    I think about 25 years. I don't recall, but it was -- it's been quite a while.

    Q    Now, you just indicated that you had been diving, that is to say, scuba diving, in Hawaii?

    A    Yes, I've done it a couple times.

    Q    And when did you first consider taking a scuba-diving trip aboard the Blue Dolphin?

    A    Oh, that day when I saw them. I saw the dive tanks on them and I saw the divers going in the water, and I thought, wow, this would be a great trip to go on for, you know, a cruise and be able to go scuba diving.

    Q    Okay, so we'll get to that in just a moment. In the meantime, let me ask you this. The evidence shows that the vessels were anchored in a more or less north-to-south line. There was the Lucky Lady, which is the vessel in the background of that photograph, the Blue Dolphin, which is in the foreground, your vessel, the Akialoa, and then a little further south was the Layla. Do you recall that being the lineup out there?

    A    Yes.

    Q    When did you first spot scuba tanks on the

14

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Jacquelyn Continetti Scott, Registered Professional Reporter, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 20th day of October, 2005.

My commission expires:
October 1, 2006


*[signature]*

NOTARY PUBLIC IN AND FOR

THE STATE OF MARYLAND