
**MAYO CLINIC**
Mayo Clinic Hospital

5777 East Mayo Boulevard
Phoenix, Arizona 85054
480-515-6296

May 18, 2005

Scott F. Duncan, M.D.
Adult Reconstructive Surgery
Department of Orthopaedic Surgery

John R. Hillsman
McQuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

RE: Mr. Dennis K. Claypool
MC#: 6-775-564-5
DOB: 1953-12-8

Dear Dr. Hillsman:

I have received your fax and yesterday Mr. Claypool told me that you would be contacting me in regards to his medical issues that have resulted from his injury in Hawaii. In answering your questions:

#1 The last surgery was done for a nonunion of his ulna, i.e., ulna fracture as a result of the injury in Hawaii did not heal. This required removal of the loose plates and screws, placing of a new plate with screws and obtaining bone graft from his pelvis area and implanting this. This was also mixed with bone morphogenic protein and an implantable bone stimulator with battery implanted into his forearm to try and get this to heal.

#2 It will take Mr. Claypool at least six months or more to recover and that is if all goes well. Certainly, any complications could delay his recovery.

#3 Potential surgeries for the future would be prioritized as follows:
If the ulna failed to heal, he would require further surgery and bone grafting again. He may require contractual release of the forearm in the future, as well, especially if he developed a synostosis. Finally, he may decide to have a side-to-side tendon transfers of his ulna sided tendons to the radial side tendons of his flexure compartment to improve his grip strength.

#4 Mr. Claypool will most likely undergo these surgeries over the next two years.

#5 The rough estimate of global expenses I would place at approximately $125,000 for the surgical, medical, hospital, therapy and pharmaceutical costs.

#6. This is very difficult to answer. The only thing I can really comment on is that I do believe he should receive supportive care. This could potentially be two to three visits per year for follow up on his significant arm injury.

EXHIBIT  23

John R. Hillsman
(6-775-564-5) Mr. Dennis K. Claypool

Page 2
May 18, 2005

I hope my answers are helpful in responding to your questions. If you have any further questions or concerns, please feel free to contact me.

Sincerely,

Scott F. Duncan, M.D.

SFD:mcc