HAROLD G. HOPPE   5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:    (808) 528-1903
Facsimile:    (808) 531-3860

JOHN R. HILLSMAN   71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Telephone:    (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>        Plaintiffs,<br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>        Defendants. | Civil No. CV04 00570 HG- BMK<br><br>DECLARATION OF ANA LOPEZ |

-1-

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>Plaintiffs,<br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, ANA LOPEZ, hereby state and affirm that:

1. I am an adult resident of the State of Arizona. I have been a personal friend of Dennis Claypool for several years. Before the July 20, 2004 accident in

Kauai, Dennis helped build and fix many things in and around my house. I am very familiar with his pre-accident activities, both social and professional, as well as his abilities before his accident, and his limitations after it.

2. I work in the same elementary school as Dennis' wife, Sheryl. Before his accident, Dennis would come into Sheryl's classroom and preform a juggling and magic act for the kids at least once a year. He can no longer perform this show. This is very disappointing for both Dennis and the children. Every year, the school holds a "Relay for Life" walk-a-thon. Before the accident, Dennis used to help us set up this very large event. He would carry heavy items, set up tents and tarps, and use his trailer to haul various things. After the accident, Dennis can no longer provide this help. Before the accident, Dennis used to help teachers move their classrooms. After the accident, he can no longer provide this help.

3. Before the accident, Dennis also used to help me around my house. He was very handy and loved to work with tools. Among other things, he would fix my car and build, install, remove and or repair household appliances. After the accident, Dennis hasn't been able to provide any of this help. I am not sure which of us is more saddened by this.

I have reviewed the foregoing declaration, and can confirm under penalty of perjury under the laws of the State of Hawaii that the facts and opinions contained

therein are true and correct, and personally known to me, and that if I were called as a witness herein, I could competently so testify under oath.

Executed on this 3rd day of April, 2006, in the City of Mesa, Arizona.

_____
Ana Lopez

State of Arizona }
                 } ss
County of Maricopa }

On April 3, 2006 before me, ~~Ana Lopez~~ Deborah Tweeten personally appeared Ana Lopez, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

OFFICIAL SEAL
DEBORAH TWEETEN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 3, 2006