AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, | CIVIL 04-00559HG-BMK |
| Plaintiffs, | |
| V. | |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., | |
| Defendants. | |
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL, | CIVIL 04-00570HG-BMK |
| Plaintiffs, | |
| V. | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD., and BLUE DOLPHIN DIVING, INC., | |
| Defendants. | |

JUDGMENT IN A CIVIL CASE
Consolidated Civil Case Numbers: 04-00559HG-BMK, 04-00570HG-BMK, 05-00037HG-BMK
April 25, 2006
Page 2

_____

IN THE MATTER OF THE COMPLAINT
OF BLUE DOLPHIN CHARTERS, LTD.
AND TERRY DONNELLY, AS
OWNERS OF THE VESSEL M/V BLUE
DOLPHIN, O/N 1082212, FOR
EXONORATION FROM AND/OR
LIMITATION OF LIABILITY

_____

CIVIL 05-00037HG-BMK

[✓]   **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

Plaintiff/Limitation Claimant Matthew Isham's Motion for Judgment Enforcing Liability on Bond is GRANTED, and is Granted as pursuant to the Court's ORDER filed and entered on April 25, 2006, whereby JUDGMENT is entered forthwith in favor of Plaintiff/Limitation Claimant Matthew Isham, and against American Home Assurance Company, in the amount of $435,000.00 plus interest thereon at the rate of 6% per annum from January 21, 2005.

cc:   All Counsel of Record

_____April 25, 2006_____          _____SUE BEITIA_____
Date                                              Clerk
                                                         /s/ Anna F. Chang
                                                  _____
                                                  (By) Deputy Clerk