CARLSMITH BALL LLP

| | |
|---|---|
| STEPHEN C. SMITH<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, HI  96813<br>Tel No. 808.523.2500<br>Fax No. 808.523.0842<br>scsmith@carlsmith.com | 8222 |

Attorney for MARKEL INTERNATIONAL
INSURANCE CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>            Defendants. | CIVIL NO.  CV04-00570 HG-BMK<br><br>MARKEL INTERNATIONAL INSURANCE CO., LTD.'S MOTION TO INTERVENE AS PARTY DEFENDANT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEPHEN C. SMITH; CERTIFICATE OF SERVICE |
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor, ROXANNE BEST ISHAM,<br><br>            Plaintiffs, | CIVIL NO. CV04-00559 HG-BMK |

|  |  |
|---|---|
| vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>　　　　Defendants.<br>_____<br><br>IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY CONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | <br><br><br><br><br><br><br><br><br><br>CIVIL NO. CV05-00037 HG BMK |

## MARKEL INTERNATIONAL INSURANCE CO., LTD.'S MOTION TO INTERVENE AS PARTY DEFENDANT

COMES NOW MARKEL INTERNATIONAL INSURANCE CO., LTD. to move this Honorable Court for an order permitting it to intervene as party Defendant in the action pending in this Court entitled, *Dennis Claypool, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL vs. CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,* Civil No. CV04-00570 HG-BMK, for the purpose of opposing the Claypool Plaintiffs' Motion for Approval of Good Faith Settlement, scheduled for June 9, 2006, at 2:00 p.m.

DATED:  Honolulu, Hawaii, May 25, 2006.

/s/ Stephen C. Smith
STEPHEN C. SMITH
Attorney for MARKEL
INTERNATIONAL INSURANCE
CO., LTD.
