IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>Defendants. | CIVIL NO. CV04-00570 HG-BMK<br><br>DECLARATION OF STEPHEN C. SMITH |
| MATTHEW ISHAM, Individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor, ROXANNE BEST ISHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>Defendants. | CIVIL NO. CV04-00559 HG-BMK |
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY CONNELLY, AS OWNERS OF THE | CIVIL NO. CV05-00037 HG BMK |

VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY

### **DECLARATION OF STEPHEN C. SMITH**

STEPHEN C. SMITH, hereby declares as follows:

1. I am of counsel with the law firm of Carlsmith Ball LLP, and am licensed to practice law in the State of Hawaii, and have been admitted to practice law before this Court. I am the attorney representing Markel International Insurance Co., Ltd. ("Markel") in this action.

2. I make this declaration on my personal knowledge and would be competent to testify on the matters stated below.

I, STEPHEN C. SMITH, declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii, on May 25, 2006.

/s/ Stephen C. Smith
STEPHEN C. SMITH