IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>           Plaintiffs,<br><br>      vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>           Defendants.<br>MATTHEW ISHAM, Individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor, ROXANNE BEST ISHAM,<br><br>           Plaintiffs,<br><br>      vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>           Defendants. | CIVIL NO.  CV04-00570 HG-BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following persons at their addresses listed and in the manner as indicated below on May 25, 2006:

HAROLD G. HOPPE, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
(Courtesy copy sent via Fax No. 531-3860)

JOHN R. HILLSMAN, ESQ,                                   (Via U.S. Mail)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
(Courtesy copy sent via Fax No. 415-403-0202)

Attorneys forDENNIS CLAYPOOL, SHERYL
CLAYPOOL, SCOTT CLAYPOOL, and
KRISTEN CLAYPOOL

JOHN R. LACY, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
(Courtesy copy sent via Fax No. 547-5880)

Attorney for BLUE DOLPHIN DIVING, INC.

ROBERT MILLER, ESQ.                                      (Via U.S. Mail)
Law Offices of Robert Miller
735 Bishop Street, Suite 500
Honolulu, Hawaii 96813
(Courtesy copy also served via Fax No. 521-3359)

Attorneys for BLUE DOLPHIN CHARTERS, LTD.

3.

DATED:  Honolulu, Hawaii, May 25, 2006.

/s/ Stephen C. Smith
STEPHEN C. SMITH
Attorney for MARKEL
INTERNATIONAL INSURANCE
CO., LTD.
