CARLSMITH BALL LLP

STEPHEN C. SMITH                                    8222
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
scsmith@carlsmith.com

Attorney for Proposed Intervenor
MARKEL INTERNATIONAL
INSURANCE CO., LTD.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL, | CIVIL NO.  CV04-00570 HG-BMK **AMENDED CERTIFICATE OF SERVICE** |
| Plaintiffs, | **[RE:  PROPOSED INTERVENOR MARKEL INTERNATIONAL INSURANCE CO., LTD.'S OPPOSITION TO CLAYPOOL PLAINTIFFS' MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT]** |
| vs. | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC., | |
| Defendants. | CIVIL NO. CV04-00559 HG-BMK |
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor, ROXANNE BEST ISHAM, | |
| Plaintiffs, | **Caption continued on next page.** |

vs.

BLUE DOLPHIN CHARTERS, LTD.
and BLUE DOLPHIN DIVING, LTD.,
CAPTAIN ANDY'S SAILING, INC.,

    Defendants.

_____

IN THE MATTER OF THE
COMPLAINT OF BLUE DOLPHIN
CHARTERS, LTD. AND TERRY
CONNELLY, AS OWNERS OF THE
VESSEL M/V BLUE DOLPHIN, O/N
1082212, FOR EXONERATION
FROM AND/OR LIMITATION OF
LIABILITY

CIVIL NO. CV05-00037 HG BMK

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the PROPOSED

INTERVENOR MARKEL INTERNATIONAL INSURANCE CO., LTD.'S

OPPOSITION TO CLAYPOOL PLAINTIFFS' MOTION FOR APPROVAL OF

GOOD FAITH SETTLEMENT was duly served upon the following persons at

their addresses listed and in the manner as indicated below on June 2, 2006:

    HAROLD G. HOPPE, ESQ.           (Via U.S. Mail)
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2300
    Honolulu, Hawaii 96813

    JOHN R. HILLSMAN, ESQ,         (Via U.S. Mail)
    McGuinn, Hillsman & Palefsky
    535 Pacific Avenue
    San Francisco, CA 94133

Attorneys for DENNIS CLAYPOOL, SHERYL
CLAYPOOL, SCOTT CLAYPOOL, and
KRISTEN CLAYPOOL

JOHN R. LACY, ESQ.                          (Via U.S. Mail)
RANDY L. M. BALDEMOR, ESQ.
EVELYN J. BLACK, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

Attorney for BLUE DOLPHIN DIVING, INC.

ROBERT MILLER, ESQ.                         (Via U.S. Mail)
Law Offices of Robert Miller
735 Bishop Street, Suite 500
Honolulu, Hawaii 96813

Attorneys for BLUE DOLPHIN CHARTERS, LTD.

MICHAEL D. FORMBY, ESQ.                     (Via U.S. Mail)
MICHAEL J. NAKANO, ESQ.
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, Hawaii 96813

Attorneys for Cross-Defendant
CAPTAIN ANDY'S SAILING, INC.

STEPHEN L. HEWITT, ESQ.                     (Via U.S. Mail)
DAVID S. MAYES, ESQ.
Hewitt & Prout
4640 Lankershim Blvd., Suite 600
North Hollywood, CA  91602

RICHARD A. LESSER, ESQ.                    (Via U.S. Mail)
STEVEN M. McGUIRE, ESQ.
Lesser & Associates, PLC
1 Pearl Street
Redondo Beach, CA 90277

DATED:  Honolulu, Hawaii, June 6, 2006.


                              /s/ Stephen C. Smith
                              STEPHEN C. SMITH
                              Attorney for Proposed Intervenor
                              MARKEL INTERNATIONAL
                              INSURANCE CO., LTD.