# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | **CV 04-00559HG-BMK,**<br>CV 04-00570HG-BMK,<br>CV 05-00037HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin<br>Claypool v. Capt. Andy's Sailing, Inc.<br>In the Matter of the Complaint of Blue Dolphin Charters |
| ATTYS FOR PLA: | Harold G. Hoppe, John R. Hillsman |
| ATTYS FOR DEFT: | Randolph L.M. Baldemor, Robert F. Miller, Stephen Smith by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 6/9/2006 | TIME: | 2:22 - 2:59 |

COURT ACTION:  EP: Document [180] is incorrect.  The following is the corrected minutes.

[168] Claypool Plaintiffs' Motion for Approval of Good Faith Settlement GRANTED. Hillsman to prepare order.

[173] Markel International Insurance Co., Ltd.'s Motion to Intervene as Party Defendant - DENIED, but Stephen Smith may argue the Motion for Approval of Good Faith Settlement.  Hillsman to prepare the order.

The following documents are unsealed per order of the court: 169, 177, and 220.

Submitted by Richlyn Young, Courtroom Manager