ORIGINAL

HAROLD G. HOPPE        5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:    (808) 528-1903
Facsimile:    (808) 531-3860

JOHN R. HILLSMAN        71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Telephone:    (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

LODGED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 9 2006

at _4_ o'clock and _20_ min _P_ M
SUE BEITIA, CLERK

JUN 2 1 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

CV 04-00559 BMK
CV 05-00037 HG-BMK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

DENNIS CLAYPOOL, individually
and as Guardian Ad Litem for
KRISTEN CLAYPOOL, a minor,
SHERYL CLAYPOOL, SCOTT
CLAYPOOL, and KRISTEN
CLAYPOOL,

                    Plaintiffs,

        vs.

CAPTAIN ANDY'S SAILING, INC.,
BLUE DOLPHIN CHARTERS, LTD.
and BLUE DOLPHIN DIVING,
INC.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. CV04 00570 HG- BMK


**ORDER DENYING
MARKEL INTERNATIONAL
INSURANCE CO., LTD.'S
MOTION TO INTERVENE AS
PARTY DEFENDANT IN
THE CLAYPOOL PLAINTIFFS'
MOTION FOR APPROVAL OF
GOOD FAITH SETTLEMENT;
CERTIFICATE
OF SERVICE**

MATTHEW ISHAM,  individually ) CIVIL NO. CV04-00559 HG-BMK
and as Guardian ad Litem for )
HAYDEN ISHAM, a minor; )
ROXANNE BEST ISHAM, )
  )
       Plaintiffs, )
   vs. )
  )
BLUE DOLPHIN CHARTERS, )
LTD. and BLUE DOLPHIN )
DIVING, LTD., CAPTAIN )
ANDY'S SAILING, INC., )
  )
      Defendants. )

---

IN THE MATTER OF THE ) Civil No. CV05-00037 HG BMK
COMPLAINT OF BLUE DOLPHIN )
CHARTERS, LTD. AND TERRY )
DONNELLY, AS OWNERS OF )
THE VESSEL M/V BLUE )
DOLPHIN, O/N 1082212, FOR )
EXONERATION FROM AND/OR )
LIMITATION OF LIABILITY )

---

     Markel International Insurance Co., Ltd.'s Motion to Intervene as Party

Defendant  came on regularly for hearing before the undersigned on June 9, 2006,

at 2:00 p.m. in Courtroom 5 of this Court.

---

Stephen Smith appeared telephonically on behalf of Markel International Insurance Co., Ltd.; the Claypool Plaintiffs were represented by Harold Hoppe and John Hillsman; and Blue Dolphin Charters, Ltd. and Terry Donnelly were represented by Robert Miller and Randolf Baldemor.

The matter having been argued and submitted, and good cause appearing therefor:

IT IS HEREBY ORDERED that Markel Insurance Co., Ltd's Motion to Intervene as Party Defendant be, and hereby is, DENIED, but Stephen Smith may argue the Motion for Approval of Good Faith Settlement.

Dated: ___ 28, 2006 ___

_____
BARRY M. KURREN
USDC Magistrate Judge

HAROLD G. HOPPE   5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI   96813
Telephone:     (808) 528-1903
Facsimile:     (808) 531-3860

JOHN R. HILLSMAN   71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA   94133
Telephone:     (415) 421-9292
Facsimile:     (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>                Plaintiffs,<br><br>    vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. CV04 00570 HG- BMK<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER DENYING MARKEL INTERNATIONAL INSURANCE CO., LTD.'S MOTION TO INTERVENE AS PARTY DEFENDANT IN THE CLAYPOOL PLAINTIFFS' MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT** |

MATTHEW ISHAM,  individually ) CIVIL NO. CV04-00559 HG-BMK
and as Guardian ad Litem for )
HAYDEN ISHAM, a minor; )
ROXANNE BEST ISHAM, )
 )
            Plaintiffs, )
     vs. )
 )
 )
BLUE DOLPHIN CHARTERS, )
LTD. and BLUE DOLPHIN )
DIVING, LTD., CAPTAIN )
ANDY'S SAILING, INC., )
 )
            Defendants. )

_____

IN THE MATTER OF THE ) Civil No. CV05-00037 HG BMK
COMPLAINT OF BLUE DOLPHIN )
CHARTERS, LTD. AND TERRY )
DONNELLY, AS OWNERS OF )
THE VESSEL M/V BLUE )
DOLPHIN, O/N 1082212, FOR )
EXONORATION FROM AND/OR )
LIMITATION OF LIABILITY )

_____

        I HEREBY CERTIFY that on the date last written below, I served a true and

correct copy of the foregoing documents on the following as indicated below:

_____    _____
CERTIFICATE OF SERVICE OF .         ·ORDER
DENYING MARKEL INTL.'S MOTION TO INTERVENE                              2

|                        |                                                                                                                  |                              |
|------------------------|------------------------------------------------------------------------------------------------------------------|------------------------------|
| 1st Class<br>U.S. Mail | John R. Lacy<br>Evelyn J. Black<br>Randy L.M. Baldemor<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place<br>1099 Alakea St. Suite 1800<br>Honolulu, HI   96813 | Blue Dolphin<br>Charters     |
| 1st Class<br>U.S. Mail | Robert Miller<br>Law Offices of Robert Miller<br>735 Bishop St., Suite 500<br>Honolulu, HI   96813               | Blue Dolphin<br>Charters, Inc. |
| 1st Class<br>U.S. Mail | Stephen C. Smith<br>Carlsmith Ball LLP<br>ASB Tower<br>1001 Bishop Street<br>Honolulu, HI  96813                 | Markel Insurance             |

Dated:   June 19, 2006

LAW OFFICES OF HAROLD G. HOPPE
McGUINN, HILLSMAN & PALEFSKY
Attorneys for the Claypool Plaintiffs


By: _____
        JOHN R. HILLSMAN